IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re Bayou Hedge Fund Litigation            06 MDL 1755 (CM)
                                                               :
---------------------------------------------------------------x
                                                               :
This Document Relates To:
Broad-Bussel Family Limited Partnership, et al.    :    06 Civ. 3026 (CM)
    v.
Bayou Group, LLC, et al.                           :    **Electronically Filed**
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Merrill G. Davidoff of the law firm Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103 shall appear as counsel of record for the plaintiffs in *Broad-Bussel Family Limited Partnership, et al. v. Bayou Group, LLC, et al.*

Dated: April 26, 2006

                    **BERGER & MONTAGUE, P.C.**

                    By:_____/s/_____
                    Merrill G. Davidoff, Esquire (MD4099)
                    1622 Locust Street
                    Philadelphia, PA 19103
                    215-875-3000

                    **Attorney for Plaintiffs Broad-Bussel Family Limited Partnership, et al.**

401592

## CERTIFICATE OF SERVICE

    I, Merrill G. Davidoff, hereby certify that on April 26, 2006, I caused a true and correct copy of the foregoing Notice of Appearance to be served via the Court's ECF system and upon all parties of record by electronic mail.

                                          By:     /s/
                                          Merrill G. Davidoff, Esquire (MD4099)