UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re Bayou Hedge Fund Litigation        :    06 MDL 1755 (CM) (MDF)
                                                            :
------------------------------------------------------------x
                                                            :
This Document Relates To:                     :
Broad-Bussel Family Limited Partnership, et al.   :
                                                            :
v.                                                         :    06 Civ. 3026 (CM) (MDF)
                                                            :
Bayou Group, LLC, et al.,                       :
                                                            :    **Electronically Filed**
------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Terence J. Gallagher., of the law firm of Day, Berry & Howard LLP, shall appear as counsel of record for James G. Marquez in the above-captioned matter.


Dated: April 27, 2006                      /s/ Terence J. Gallagher
                                                    Terence J. Gallager (TG 5781)
                                                    DAY, BERRY & HOWARD LLP
                                                    One Canterbury Green
                                                    Stamford, Connecticut 06901
                                                    tel. (203) 977-7300
                                                    fax. (203) 977-7301
                                                    E-mail: tjgallagher@dbh.com

                                                            and

                                                    875 Third Avenue
                                                    New York, New York  10022
                                                    tel. (212) 829-3600
                                                    fax. (212) 829-3601

                                                    *Attorneys for Defendant James G. Marquez*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, a copy of an Appearance on behalf of defendant James G. Marquez was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Doreen Klein
Doreen Klein (DK 4982)