UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re Bayou Hedge Fund Litigation            :   06 MDL 1755 (CM) (MDF)
                                                            :
------------------------------------------------------------x
                                                            :
This Document Relates To:                       :
Broad-Bussel Family Limited Partnership, et al.   :
                                                            :
v.                                                        :   06 Civ. 3026 (CM) (MDF)
                                                            :
Bayou Group, LLC, et al.,                      :
                                                            :   **Electronically Filed**
------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Doreen Klein of the law firm of Day, Berry & Howard LLP, shall appear as counsel of record for James G. Marquez in the above-captioned matter.

Dated: May 2, 2006

/s/ Doreen Klein
Doreen Klein (DK 4982)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, Connecticut 06901
tel. (203) 977-7300
fax. (203) 977-7301
E-mail: dklein@dbh.com

and

875 Third Avenue
New York, New York 10022
tel. (212) 829-3600
fax. (212) 829-3601

*Attorneys for Defendant James G. Marquez*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2006, a copy of an Appearance on behalf of defendant James G. Marquez was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Doreen Klein
                                              Doreen Klein (DK 4982)