**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

<u>**CIVIL ACTION NUMBER:          (JBA)**</u>

<u>**ELECTRONIC FILING ORDER IN CIVIL CASES**</u>

The Court orders that the parties shall file all documents in this case electronically. The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

<u>Civil Cases</u>: All pleadings (including briefs and exhibits) relating, supporting, opposing or replying to the following:

a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b. Dispositive motions (motions to dismiss or for summary judgment);
c. Requested jury instructions, voir dire;
d. Compliance with Pretrial Orders;
e. Trial briefs, including proposed findings of fact and conclusions of law; and
f. <u>**Any pleading that is in excess of 10 pages**</u>.

IT IS SO ORDERED.

/s/ Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut.