UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **BROAD-BUSSEL FAMILY LIMITED** | : | |
| **PARTNERSHIP, et al.** | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | |
| | : | |
| **BAYOU GROUP LLC, et al.** | : | |
| | : | **November 17, 2005** |

**APPEARANCE**

To the Clerk of this Court and all Parties of Record:

    Please enter my appearance as counsel for the plaintiffs in the above matter.

 

_____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel:   203-336-4421
FAX: 203-368-3244
Email:  bbloss@koskoff.com