UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIE LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BAYOU GROUP LLC,<br>BAYOU MANAGEMENT LLC,<br>BAYOU FUND, LLC,<br>BAYOU SUPER FUND, LLC,<br>BAYOU NO LEVERAGE FUND LLC,<br>BAYOU AFFILIATES FUNDS, LLC,<br>BAYOU ACCREDITED FUND, LLC,<br>BAYOU OFFSHORE FUND, LLC,<br>BAYOU PARTNERS LLC,<br>BAYOU SECURITIES LLC,<br>BAYOU SECURITIES, LTD,<br>BAYOU ADVISORS, LLC,<br>BAYOU EQUITIES, LLC,<br>IM PARTNERS, IMG, LLC,<br>SAMUEL ISRAEL, III, DANIEL E. MARINO,<br>RICHMOND-FAIRFIELD ASSOCIATES,<br>CPA, PLLC, JAMES G. MARQUEZ,<br>JEFFREY D. FOTTA, EQYTY RESEARCH<br>AND MANAGEMENT, LLC,<br>EQYTY RESEARCH AND MANAGEMENT LTD,<br>CITIBANK N.A.,<br>HENNESSEE GROUP LLC,<br>ELIZABETH LEE HENNESSEE,<br>CHARLES J. GRANDANTE, and<br>STERLING STAMOS CAPITAL<br>MANAGEMENT, L.P.,<br><br>　　　　　　　Defendants. | CASE NUMBER:<br>3:05 CV 1762 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 8, 2005 |

## **APPEARANCE**

Please enter the appearance of the following attorneys on behalf of defendant Sterling Stamos Capital Management, L.P. in the above-captioned action.

>Patrick J. McHugh (ct14072)
>FINN DIXON & HERLING LLP
>One Landmark Square
>Suite 1400
>Stamford, CT 06901-2689
>Tel: (203) 325-5000
>Fax: (203) 348-5777
>E-mail: pmchugh@fdh.com
>
>William M. Tong (ct25304)
>FINN DIXON & HERLING LLP
>One Landmark Square
>Suite 1400
>Stamford, CT 06901-2689
>Tel: (203) 325-5000
>Fax: (203) 348-5777
>E-mail: wtong@fdh.com
>
>DEFENDANT
>STERLING STAMOS CAPITAL
>MANAGEMENT L.P.
>
>y:/ s / Patrick J. McHugh
>    Patrick J. McHugh (ct14072)
>    FINN DIXON & HERLING LLP
>    One Landmark Square
>    Suite 1400
>    Stamford, CT 06901-2689
>    Tel: (203) 325-5000
>    Fax: (203) 348-5777
>    E-mail: pmchugh@fdh.com
>
>/s/ William M. Tong
>    William M. Tong (ct25304)
>    FINN DIXON & HERLING LLP
>    One Landmark Square
>    Suite 1400
>    Stamford, CT 06901-2689
>    Tel: (203) 325-5000
>    Fax: (203) 348-5777
>    E-mail: wtong@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid to the following this 8th day of December, 2005:

William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604

/s/ William M. Tong
William M. Tong