UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED )
PARTNERSHIP, MARIE LOUISE ) CASE NUMBER:
MICHELSOHN, MICHELLE MICHELSOHN, ) 3:05 CV 1762 (JBA)
and HERBERT BLAINE LAWSON, JR., )
Individually and on Behalf of All Other )
Persons and Entities Similarly Situated, )
                                        )
            Plaintiffs,                 )
                                        )
        vs.                             )
                                        )
BAYOU GROUP LLC,                        )
BAYOU MANAGEMENT LLC,                   )
BAYOU FUND, LLC,                        )
BAYOU SUPER FUND, LLC,                  )
BAYOU NO LEVERAGE FUND LLC,             )
BAYOU AFFILIATES FUNDS, LLC,            )
BAYOU ACCREDITED FUND, LLC,             )
BAYOU OFFSHORE FUND, LLC,               )
BAYOU PARTNERS LLC,                     )
BAYOU SECURITIES LLC,                   )
BAYOU SECURITIES, LTD,                  )
BAYOU ADVISORS, LLC,                    )
BAYOU EQUITIES, LLC,                    )
IM PARTNERS, IMG, LLC,                  )
SAMUEL ISRAEL, III, DANIEL E. MARINO,   )
RICHMOND-FAIRFIELD ASSOCIATES,          )
CPA, PLLC, JAMES G. MARQUEZ,            )
JEFFREY D. FOTTA, EQYTY RESEARCH        )
AND MANAGEMENT, LLC,                    )
EQYTY RESEARCH AND MANAGEMENT LTD, )
CITIBANK N.A.,                          )
HENNESSEE GROUP LLC,                    )
ELIZABETH LEE HENNESSEE,                )
CHARLES J. GRANDANTE, and               )
STERLING STAMOS CAPITAL                 ) December 8, 2005
MANAGEMENT, L.P.,                       )
                                        )
            Defendants.                 )
                                        )

## APPEARANCE

{00148336; 1; 0040-3}

Please enter the appearance of the following attorneys on behalf of defendant Sterling Stamos Capital Management, L.P. in the above-captioned action.

>Patrick J. McHugh (ct14072)
>FINN DIXON & HERLING LLP
>One Landmark Square
>Suite 1400
>Stamford, CT 06901-2689
>Tel: (203) 325-5000
>Fax: (203) 348-5777
>E-mail: pmchugh@fdh.com
>
>William M. Tong (ct25304)
>FINN DIXON & HERLING LLP
>One Landmark Square
>Suite 1400
>Stamford, CT 06901-2689
>Tel: (203) 325-5000
>Fax: (203) 348-5777
>E-mail: wtong@fdh.com
>
>DEFENDANT
>STERLING STAMOS CAPITAL
>MANAGEMENT L.P.
>
>y:/ s / Patrick J. McHugh
>   Patrick J. McHugh (ct14072)
>   FINN DIXON & HERLING LLP
>   One Landmark Square
>   Suite 1400
>   Stamford, CT 06901-2689
>   Tel: (203) 325-5000
>   Fax: (203) 348-5777
>   E-mail: pmchugh@fdh.com
>
>/s/ William M. Tong
>   William M. Tong (ct25304)
>   FINN DIXON & HERLING LLP
>   One Landmark Square
>   Suite 1400
>   Stamford, CT 06901-2689
>   Tel: (203) 325-5000
>   Fax: (203) 348-5777
>   E-mail: wtong@fdh.com

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid to the following this 8th day of December, 2005:

William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604

/s/ William M. Tong
William M. Tong