UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIE LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>BAYOU GROUP LLC,<br>BAYOU MANAGEMENT LLC,<br>BAYOU FUND, LLC,<br>BAYOU SUPER FUND, LLC,<br>BAYOU NO LEVERAGE FUND LLC,<br>BAYOU AFFILIATES FUNDS, LLC,<br>BAYOU ACCREDITED FUND, LLC,<br>BAYOU OFFSHORE FUND, LLC,<br>BAYOU PARTNERS LLC,<br>BAYOU SECURITIES LLC,<br>BAYOU SECURITIES, LTD,<br>BAYOU ADVISORS, LLC,<br>BAYOU EQUITIES, LLC,<br>IM PARTNERS, IMG, LLC<br>SAMUEL ISRAEL, III, DANIEL E. MARINO,<br>RICHMOND-FAIRFIELD ASSOCIATES,<br>CPA, PLLC, JAMES G. MARQUEZ,<br>JEFFREY D. FOTTA, EQYTY RESEARCH<br>AND MANAGEMENT, LLC,<br>EQYTY RESEARCH AND MANAGEMENT LTD,<br>CITIBANK N.A.,<br>HENNESSEE GROUP LLC,<br>ELIZABETH LEE HENNESSEE,<br>CHARLES J. GRANDANTE, and<br>STERLING STAMOS CAPITAL<br>MANAGEMENT, L.P.,<br><br>        Defendants. | CASE NUMBER:<br>3:05 CV 1762 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 8, 2005 |

# MOTION TO ADMIT
## FOREIGN COUNSEL *PRO HAC VICE*

{00177901; 1; 9000-47}

In accordance with D. CONN. L. CIV. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that James Breitenbucher, Esq., be permitted to represent defendant Sterling Stamos Capital Management, L.P. in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for the defendant. James Breitenbucher, Esq., is an attorney admitted to practice before the state courts of New York and Washington, and the United States District Courts for the Southern and Eastern Districts of New York, the Western District of Washington and the United States Court of Appeals for the Ninth Circuit. In support of this motion, the undersigned states:

1. James Breitenbucher, Esq., is associated with the law firm of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York, 10022.

2. An affidavit setting forth the necessary information regarding the qualifications of James Breitenbucher, Esq., to practice before this Court along with such other information required by D. CONN. L. CIV. R. 83.1(d) is attached hereto as Exhibit A and made a part hereof.

3. The undersigned has agreed to act as local counsel for Sterling Stamos Capital Management, L.P. in this proceeding and, as such, agrees to be the Connecticut recipient of all pleadings and communications on behalf of defendant Sterling Stamos Capital Management, L.P. All pleadings and communications may be sent to Patrick J. McHugh at the following address and telephone number:

>  Patrick J. McHugh(ct14072)
>  Finn Dixon & Herling LLP
>  One Landmark Square, Suite 1400
>  Stamford, CT 06901
>  Telephone (203) 325-5000
>  Facsimile (203) 348-5777
>  E-mail pmchugh@fdh.com

{00177901; 1; 9000-47}



Case 3:05-cv-30076-MAP Document 101 Filed 2/2/2006 Page 3 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIE LOUISE MICHELSOHN, MICHELLE MICHELSOHN and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entries Similarly Situated ) ) ) ) ) ) ) | Case No. 305CV1762 (JBA) |
| Plaintiffs, ) ) vs. ) ) BAYOU GROUP LLC, BAYOU MANAGEMENT LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND LLC, BAYOU AFFILIATES FUNDS, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LLC, BAYOU PARTNERS LLC, BAYOU SECURITIES LLC, BAYOU SECURITIES, LTD, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, IM PARTNERS, IMG, LLC, SAMUEL ISRAEL, III, DANIEL E. MARINO, RICHMOND-FAIRFIELD ASSOCIATES, CPA, PLLC, JAMES G. MARQUEZ, JEFFREY D. FOTTA, EQYTY RESEARCH AND MANAGEMENT, LLC, EQYTY RESEARCH AND MANAGEMENT LTD, CITIBANK N.A., HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE, CHARLES J. GRADANTE, and STERLING STAMOS CAPITAL MANAGEMENT, L.P., ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | December 6, 2005 |

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR PERMISSION TO APPEAR *PRO HAC VICE***

STATE OF NEW YORK    )
                                        )  ss.:   Manhattan
COUNTY OF NEW YORK  )

JAMES BREITENBUCHER, being duly sworn, hereby deposes and says:

10018364.1

1. I am over the age of eighteen (18) years and I understand the nature and obligations of an oath.

2. I am associated with the law firm of Schulte Roth & Zabel LLP and may be reached through the following contact information:

> James Breitenbucher
> Schulte Roth & Zabel LLP
> 919 Third Avenue
> New York, NY 10022
> Telephone: (212) 756-2000
> Fax: (212) 593-5955
> E-mail: James.Breitenbucher@srz.com

3. I submit this affidavit in support of a motion to be admitted to practice before this Court in the above-captioned matter as a visiting attorney *pro hac vice* pursuant to D. CONN. L. CIV. R. 83.1(d).

4. I am a member in good standing of the bars of the States of New York and Washington. I am also admitted and in good standing in the United States District Courts for the Southern and Eastern Districts of New York, the Western District of Washington, and the United States Court of Appeals for the Ninth Circuit.

5. I have not been denied admission or disciplined by this Court or any other Court.

6. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

7. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to FED. R. CIV. P. 16(b) or the standing order on scheduling in civil cases.

8. I have requested that Patrick J. McHugh, Esq., of the firm of Finn Dixon & Herling LLP, One Landmark Square, Stamford, Connecticut 06901-2689, act as local counsel,

and I understand that he will be receiving service of papers and communications in this matter with me on behalf of defendant defendant Sterling Stamos Capital Management, L.P.

_____
James Breitenbucher

Subscribed and sworn to
before me this 6th day of
December, 2005

_____
Notary Public
My Commission expires:

VIRGINIA PFISTER VILLARDI
Notary Public, State of New York
No. 01VI4946629
Qualified in Queens County
Commission Expires May 23, 2007

10018364.1                                3

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid to the following this 8th day of December 2005:

William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604

William M. Tong

{00177901; 1; 9000-47}