# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.** | : | CIVIL ACTION NO. |
| vs. | : | 3:05 CV 1762 (JBA) |
| **BAYOU GROUP LLC, et al.** | : | December 22, 2005 |

## NOTICE OF AGREED-UPON EXTENSION OF TIME

The plaintiffs in the above-entitled matter hereby give notice to the court that they have consented to an extension of time within which counsel for the defendants Jeffrey D. Fotta, Eqyty Research and Management LLC and Eqyty Research and Management Ltd. must file an answer or otherwise respond to the complaint. Said extension will be until January 31, 2006.

THE PLAINTIFFS

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com

Attorneys for Plaintiffs Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.

And

    Merrill G. Davidoff
    Todd S. Collins
    Lawrence J. Lederer
    Lane L. Vines
    Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, PA 19102
    Tel:   215-875-3000
    FAX:  215-875-4604

Attorneys for Plaintiff Broad-Bussel Family Limited Partnership

# **CERTIFICATION**

      I hereby certify that on December 22, 2005, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Patrick J. McHugh, Esq.
William Morten Tong, Esq.
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Attorney Sung-Hee Suh
Schulte Roth & Zabel
919 Third Avenue
New York, N.Y. 10022

Frank N. Gaeta, Esq.
Rich May
176 Federal Street
Boston, MA 02110

                                                                                                       _____
                                                                                                       William M. Bloss