# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED : <br> PARTNERSHIP, et al. : <br> : <br> vs. : <br> : <br> BAYOU GROUP LLC, et al. : <br> : | CIVIL ACTION NO. <br> 3:05 CV 1762 (JBA) <br><br><br><br><br> December 22, 2005 |

## **APPEARANCE**

To the Clerk of This Court and all Parties of Record:

Please enter my appearance as counsel for the following defendants in the above

matter: Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles J. Gradante.

_____
Marc J. Grenier (ct10545)
DePanfilis & Vallerie, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852-0699
Telephone: 203-846-9585
Facsimile: 203-847-2849
E-mail: marcgrenier@depanfilisandvallerie.com

## CERTIFICATION

This is to certify that a copy of the above Appearance was mailed or electronically delivered on the 22nd day of December 2005 to all parties of record as follows:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Patrick J. McHugh, Esq.
Finn Dixon & Herling
One Landmark Square, Suite 1400
Stamford, CT 06901

Sung-Hee Suh, Esq.
Schulte, Roth & Zabel, LLP-NY
919 Third Avenue
New York, New York 10022

William Morten Tong, Esq.
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

_____
Marc J. Grenier (ct10545)