UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.** : | CIVIL ACTION NO. |
| vs. : | 3:05 CV 1762 (JBA) |
| **BAYOU GROUP LLC, et al.** : | December 29, 2005 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Local Rule 83.1(d), undersigned counsel for the plaintiffs hereby moves this Court to enter an order admitting Lawrence J. Lederer, Esq., as a visiting lawyer to practice before the Court for purposes of this case, including the conduct of any trial, or any pre-trial proceedings before this Court. In support of this motion, undersigned counsel states as follows:

1. Undersigned counsel represents the plaintiffs in the above-captioned action and is admitted to practice before this Court.

2. Lawrence J. Lederer is an attorney with Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103-6305. His telephone number is 215-875-3000; his facsimile number is 215-875-4604; and his e-mail address is llederer@bm.net.

3. Mr. Lederer is a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. The additional qualifications and pertinent facts related to Mr. Lederer's application are included in the affidavit of Lawrence J. Lederer attached to this motion and incorporated herein by reference.

5. The undersigned counsel for plaintiffs shall also represent the plaintiffs and serve as the sponsoring lawyer for Mr. Lederer, in accordance with the requirements of Rule 83.1(d) of this Court's Local Rules of Civil Procedure.

6. In accordance with Local Rule 83.1(d)2, a fee of $25 is accompanying this motion.

**WHEREFORE**, plaintiffs' undersigned counsel respectfully requests that the Court grant this Motion for Admission of Lawrence J. Lederer as Visiting Lawyer.

Respectfully submitted,

By_____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

2

MP3 20139285.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al., | : <br> : <br> : |
| Plaintiffs, | : NO. 3:05-cv-1762-JBA <br> : |
| vs. | : <br> : JURY TRIAL DEMANDED |
| BAYOU GROUP LLC, et al., | : <br> : |
| Defendants. | : |

## AFFIDAVIT OF LAWRENCE J. LEDERER IN SUPPORT OF ADMISSION *PRO HAC VICE*

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| | : ss. |
| COUNTY OF PHILADELPHIA | : |

In accordance with Local Rule 83.1(d) and in connection with my application for admission *pro hac vice* on behalf of the plaintiffs in the above-captioned litigation, I certify that:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania. I am a shareholder of a law firm that maintains an office in the Commonwealth of Pennsylvania at the following address:

> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103-6305
> Telephone: (215) 875-3000
> Fax: (215) 875-4604
> Email address: <<llederer@bm.net>>

2. I am admitted generally in the following states and other jurisdictions:

Commonwealth of Pennsylvania;
District of Columbia;
United States District Court, Western District of Pennsylvania;
United States District Court, Eastern District of Pennsylvania; and
United States Court of Appeals, 11th Circuit.

3. I have not been disbarred or suspended and am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted, generally, *pro hac vice*, or in any other way.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

LAWRENCE J. LEDERER

SWORN TO AND SUBSCRIBED
before me this 27th day of December, 2005.

Nina L. Fischer
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Nina L. Fischer, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 2, 2009
Member, Pennsylvania Association of Notaries

400886_01.wpd

2

## CERTIFICATION

I hereby certify that on December 28, 2005, a copy of the foregoing was mailed, postage prepaid, to all counsel of record, as follows:

Patrick J. McHugh, Esq.
William Morten Tong, Esq.
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Attorney Sung-Hee Suh
Schulte Roth & Zabel
919 Third Avenue
New York, N.Y. 10022

Marc J. Grenier, Esq.
DePanfilis & Vallerie LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852-0699

William M. Bloss

3

MP3 20139285.1