UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIE LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>BAYOU GROUP LLC,<br>BAYOU MANAGEMENT, LLC,<br>BAYOU FUND, LLC,<br>BAYOU SUPER FUND, LLC,<br>BAYOU NO LEVERAGE FUND LLC,<br>BAYOU AFFILIATES FUNDS, LLC,<br>BAYOU ACCREDITED FUND, LLC,<br>BAYOU OFFSHORE FUND, LCC,<br>BAYOU PARTNERS LLC,<br>BAYOU SECURITIES, LTD.,<br>BAYOU ADVISORS, LLC,<br>BAYOU EQUITIES, LLC,<br>IM PARTNERS, IMG, LLC<br>SAMUEL ISRAEL, III, DANIEL E. MARINO,<br>RICHMOND-FAIRFIELD, ASSOCIATES,<br>CPA, PLLC, JAMES G. MARQUEZ,<br>JEFFREY D. FOTTA, EQYTY RESEARCH<br>AND MANAGEMENT, LLC,<br>EQYTY RESEARCH AND MANGEMENT LTD,<br>CITIBANK N.A.<br>HENNESSEE GROUP LLC,<br>ELIZABETH LEE HENNESSEE,<br>CHARLES J. GRADANTE, and<br>STERLING STAMOS CAPITAL<br>MANAGEMENT, L.P.,<br><br>                Defendants. | CIVIL ACTION:<br>3:05 CV 1762 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 22, 2005 |

## MOTION FOR ADMISSION
## PRO HAC VICE OF LAWRENCE E. FENSTER

In accordance with D. CONN. L. CIV. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Lawrence E. Fenster, Esq., be permitted to represent the defendants Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles J. Gradante in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for the defendants. Lawrence E. Fenster, Esq., is an attorney admitted to practice before the state court of New York, the United States District Courts for the Southern, Eastern, Western & Northern Districts of New York and the United States Court of Appeals for the Second Circuit. In support of this motion, the undersigned states:

1. Lawrence E. Fenster, Esq. is a shareholder of the law firm of Bressler, Amery & Ross, P.C., 17 State Street, New York, New York 10004.

2. An affidavit setting forth the necessary information regarding the qualification of Lawrence E. Fenster, Esq., to practice before this Court along with such other information required by D. CONN. L. CIV. R. 83.1(d) is attached hereto as Exhibit A and made a part hereof.

3. The undersigned has agreed to act as local counsel for Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles J. Gradante in this proceeding and, as such, agrees to be the Connecticut recipient of all pleadings and communications on behalf of the defendant Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles J. Gradante. All pleadings and communications may be sent to Marc J. Grenier at the following address and telephone number:

> Marc J. Grenier (ct10545)
> DePanfilis & Vallerie, LLC
> 25 Belden Avenue
> P.O. Box 699
> Norwalk, CT 06852-0699
> Telephone: 203-846-9585
> Facsimile: 203-847-2849
> E-mail: marcgrenier@depanfilisandvallerie.com

## CERTIFICATION

This is to certify that a copy of the above Pro Hace Vice was mailed or electronically delivered on the 22nd day of December 2005 to all parties of record as follows:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Patrick J. McHugh, Esq.
Finn Dixon & Herling
One Landmark Square, Suite 1400
Stamford, CT 06901

Sung-Hee Suh, Esq.
Schulte, Roth & Zabel, LLP-NY
919 Third Avenue
New York, New York 10022

William Morten Tong, Esq.
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Marc J. Grenier (ct10545)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIE LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated, | CIVIL CASE: 3:05 CV 1762 (JBA) |
| Plaintiffs, | |
| vs. | |
| BAYOU GROUP LLC, BAYOU MANAGEMENT, LLC, BAYOU FUND, LLC, BAYOU SUPER FUND, LLC, BAYOU NO LEVERAGE FUND LLC, BAYOU AFFILIATES FUNDS, LLC, BAYOU ACCREDITED FUND, LLC, BAYOU OFFSHORE FUND, LCC, BAYOU PARTNERS LLC, BAYOU SECURITIES, LTD., BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, IM PARTNERS, IMG, LLC SAMUEL ISRAEL, III, DANIEL E. MARINO, RICHMOND-FAIRFIELD, ASSOCIATES, CPA, PLLC, JAMES G. MARQUEZ, JEFFREY D. FOTTA, EQYTY RESEARCH AND MANAGEMENT, LLC, EQYTY RESEARCH AND MANGEMENT LTD, CITIBANK N.A. HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE, CHARLES J. GRADANTE, and STERLING STAMOS CAPITAL MANAGEMENT, L.P., | DECEMBER 22, 2005 |
| Defendants. | |

**AFFIDAVIT IN SUPPORT OF MOTION
FOR PERMISSION TO APPEAR PRO HAC VICE**

STATE OF NEW YORK      )
                       ) ss.: Manhattan
COUNTY OF NEW YORK     )

Lawrence E. Fenster, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and I understand the nature and obligations of an oath.

2. I am a shareholder of the law firm of Bressler, Amery & Ross, P.C. and may be reached through the following contact information:

>   Lawrence E. Fenster
>   Bressler, Amery & Ross, P.C.
>   17 State Street
>   New York, New York 10004
>   Telephone: 212-425-9300
>   Facsimile: 212-425-9337
>   lfenster@bressler.com

3. I submit this affidavit in support of a motion to be admitted to practice before this Court in the above-Captioned matter as a visiting attorney *pro hac vice* pursuant to D.CONN. L. CIV.R. 83.1(d).

4. I am a member in good standing of the bar of the State of New York. I am also admitted and in good standing in the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York, and the United States Court of Appeals for the Second Circuit.

5. I have not been denied admission or disciplined by this Court or any other Court.

6. I have fully reviewed and I am familiar with the Rules of the United States District Court of the District of Connecticut.

7. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to FED. R. CIV.P. 16(b) or the standing order on scheduling in civil cases.

8. I have requested that Marc J. Grenier, Esq. of the firm of DePanfilis & Vallerie, LLC, 25 Belden Avenue, Norwalk, CT 06852 act as local counsel, and I understand that he will be receiving service of papers and communications in this matter with me on behalf of defendants Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles J. Gradante.

_____
Lawrence E. Fenster

Subscribed and sworn to
before me this 22nd day of
December, 2005

_____
Notary Public
My Commission Expires:

JACQUELINE KELLEHER
Notary Public, State of New York
No. 01KE6037211
Qualified in Richmond County
Commission Expires February 14, 20_06_

## CERTIFICATION

This is to certify that a copy of the above Affidavit in Support of Motion For Permission to Appear Pro Hac Vice was mailed or electronically delivered on the 22nd day of December 2005 to all parties of record as follows:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Patrick J. McHugh, Esq.
Finn Dixon & Herling
One Landmark Square, Suite 1400
Stamford, CT 06901

Sung-Hee Suh, Esq.
Schulte, Roth & Zabel, LLP-NY
919 Third Avenue
New York, New York 10022

William Morten Tong, Esq.
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Marc J. Grenier (ct10545)