# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.

v

BAYOU GROUP LLC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

3 0 5 C V 1 7 6 2 JBA

TO: (Name and Address of Defendant)

Bayou Fund, LLC
c/o Samuel Israel, III
40 Signal Road
Stamford, CT 06902
*Registered Agent for Bayou Fund, LLC*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

*[signature]*
BY DEPUTY CLERK

NOV 1 8 2005
DATE

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[30] | 11/30, 12/10/05 |
| Name of Server<br>Fausto Carusone | TITLE<br>State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Other (specify): I made diligent search throughout my precinct to locate the registered Agent for service, a Managing Member, Member or Attorney for BAYOU FUND, LLC, but I was UNABLE TO LOCATE said Agent, Managing Member, Member or Attorney at the addresses on file at the office of the Secretary of the State, State of Connecticut.
Afterwards, on November 30, 2005, and in the City of Hartford, pursuant to Section 34-105(b) of the C.G.S., I made service upon BAYOU FUND, LLC (c/o Sam Israel, III, Registered Agent, 40 Signal Road, Stamford, CT 06902)*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 20.00 | 260.20 | $280.20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/10/05
Date

Signature of Server

P.O. Box 3008, Westport, CT 06880
Address of Server

*by leaving a true and attested copy, together with my Affidavit of diligent search, together with the statutory fee of $25.00, in the office of the Secretary of State, State of Connecticut.

Afterwards, on December 10, 2005, and in the City of Bridgeport, pursuant to Section 34-105(b) of the C.G.S., I made further service by depositing in a U.S. Post Office a postage paid certified letter, return receipt requested in which letter contained a true and attested copy together with my statement of service of process pursuant to C.G.S. 34-105 (b) with my doings thereon endorsed addressed to: BAYOU FUND, LLC, c/o Sam Israel, III, 40 Signal Road, Stamford, CT 06902, the registration number assigned this letter being: 7004 2890 0004 1339 4486.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.