# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.

v

BAYOU GROUP LLC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

305CV1762 JBA

TO: (Name and Address of Defendant)

Bayou Group LLC
c/o National Registered Agents, Inc.
12 Old Boston Post Road
Old Saybrook, CT 06475
*Registered Agent for Bayou Group LLC*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

NOV 1 8 2005
DATE

BY DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | Date: November 29, 2005 |
| Name of Server: ROLAND E. MAILLOUX | Title: CONNECTICUT STATE MARSHAL |

Then and by virtue hereof, on the 29th day of November, 2005, I made due and legal service on the within named defendant, **BAYOU GROUP LLC,** by leaving a verified true and attested copy of the within Summons and Complaint, with and in the hands of Alexander W. Tighe, Esq., of the National Registered Agents, Inc., Agent for Service and who is duly authorized to accept service for said defendant, at 12 Old Boston Post Road, in the Town of Old Saybrook, County of Middlesex.

## STATEMENT OF SERVICE FEES

Travel $ 45.77          Services $ 139.20          Total $ 184.97

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 29, 2005

Roland E. Mailloux
39 Russ Street
Hartford, CT 06106