# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.

v

BAYOU GROUP LLC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**305CV1762 JBA**

TO: (Name and Address of Defendant)

Bayou Offshore Fund, LLC
c/o State of Connecticut
Secretary of the State
30 Trinity Street
Hartford, CT 06106
*Registered Agent for Bayou Offshore Fund, LLC*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

NOV 1 8 2005
DATE

BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | Date   November 30, 2005 |
|---|---|
| Name of Server:  ROLAND E. MAILLOUX | Title: CONNECTICUT STATE MARSHAL |

    Then and by virtue hereof, on the 30th day of November, 2005, I made due and legal service on the within named defendant, **BAYOU OFFSHORE FUND, LLC,** by leaving two (2) verified true and attested copies of the within Summons and Complaint, with and in the hands of the clerk in charge of the office of Susan Bysiewicz, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized agent to accept service for the within named defendant, in the City of Hartford.

## STATEMENT OF SERVICE FEES

| Travel  N/C | Services $ 253.00 | Total $ 253.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 30, 2005

                                                Roland E. Mailloux
                                                39 Russ Street
                                                Hartford, CT 06106