# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al. | SUMMONS IN A CIVIL ACTION |
| v | |
| BAYOU GROUP LLC, et al. | CASE NUMBER: 305CV1762 JBA |

TO: (Name and Address of Defendant)

> Bayou Partners LLC
> 40 Signal Road
> Stamford, CT 06902

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

> William M. Bloss
> Koskoff Koskoff & Bieder, P.C.
> 350 Fairfield Avenue
> Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| KEVIN F. ROWE | NOV 1 8 2005 |
|---|---|
| CLERK | DATE |
| *[signature] Tiffany R. Buresly* | |
| BY DEPUTY CLERK | |

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[24] | Date  11/30, 12/10/05 |
| Name of Server  Fausto Carusone | TITLE  State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I made diligent search throughout my precinct to locate a registered Agent for Service, Managing Member, Member or Attorney for BAYOU PARTNERS LLC, but I was unable to locate said Agent, Managing Member, Member or Attorney at any address on file at the office of the Secretary of the*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 20.00 | 260.20 | $280.20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/10/05         *Signature of Server* [signed]

P.O. Box 3008, Westport, CT  06880

*Address of Server*

*State of Connecticut.
Afterwards, on November 30, 2005, and in the City of Hartford, pursuant to Section 34-105(b) of the C.G.S., I made service** by leaving a true and attested copy, together with my Affidavit of diligent search, together with the statutory fee of $25.00, in the office of the Secretary of State, State of Connecticut.

Afterwards, on December 10, 2005, and in the City of Bridgeport, pursuant to Section 34-105(b) of the C.G.S., I made further service by depositing in a U.S. Post Office a postage paid certified letter, return receipt requested in which letter contained a true and attested copy together with my statement of service of process pursuant to C.G.S. 34-105(b) with my doings thereon endorsed addressed to: BAYOU PARTNERS LLC, 40 Signal Road, Stamford, CT  06902, the registration number assigned this letter being: 7004 2890 0004 1339 4493.

**upon BAYOU PARTNERS LLC, (40 Signal Road, Stamford, CT 06902)

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

DISTRICT OF  CONNECTICUT

| | |
|---|---|
| **BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.** | **SUMMONS IN A CIVIL ACTION** |
| v | |
| **BAYOU GROUP LLC, et al.** | CASE NUMBER: |

### 305CV1762 JBA

TO: (Name and Address of Defendant)

> Bayou Partners LLC
> 27 Beaver Place
> Boston, MA  02108

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

> William M. Bloss
> Koskoff Koskoff & Bieder, P.C.
> 350 Fairfield Avenue
> Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE    NOV 1 8 2005
CLERK            DATE

_____
BY DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**State of Connecticut**  County of   U.S.D. Court

Case Number: 305CV1762 JBA

Plaintiff:
**Broad-Bussel Family Limited Partnership, et al**

vs.

Defendant:
**Bayou Group LLC, et al.,**

For:
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Received by STOKES & LEVIN on the 28th day of November, 2005 at 12:52 pm to be served on **Bayou Partners LLC: 27 Beaver Place Boston, MA 02108**.

I, Jason Rudy, being duly sworn, depose and say that on the **30th day of November, 2005** at **12:30 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons and Complaint in a civil case; Appearance** with the date and hour of service endorsed thereon by me to Jeffrey D. Fotta as the legal representative authorized to accept service on behalf of within named corporation and compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 2nd day of December, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

Jason Rudy
Civil Process Division

STOKES & LEVIN
27 Glen Street
Stoughton, MA 02072
(781) 341-8390

Our Job Serial Number: 2005007048
Ref: William M. Bloss
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f