# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.

v

BAYOU GROUP LLC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**305CV1762 JBA**

TO: (Name and Address of Defendant)

Citibank N.A.
c/o C T Corporation
111 Eighth Avenue
New York, NY 10011
*Registered Agent for Citibank N.A.*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

NOV 1 8 2005
DATE

BY DEPUTY CLERK


# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
**BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.,**
        Plaintiff(s),

Index No. 305CV1762 JBA

  -against-

AFFIDAVIT OF SERVICE

**BAYOU GROUP LLC, et al.,**
        Defendant(s).
-------------------------------------------------x

STATE OF NEW YORK  )
        S.S.:
COUNTY OF NEW YORK)

    **HECTOR FIGUEROA**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

    That on the 5th day of December 2005, at approximately 3:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET** upon Citibank N. A. at 399 Park Avenue, New York, NY 10022, by personally delivering and leaving the same with Sharon Chappell, Service Officer, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Sharon Chappell is a black female, approximately 40 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 120 pounds with brown hair and brown eyes.

_____
**HECTOR FIGUEROA #870141**

Sworn to before me this
7th day of December, 2005

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com