# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.**

v

**BAYOU GROUP LLC, et al.**

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:**

**805CV1762 JBA**

TO: (Name and Address of Defendant)

Eqyty Research and Management, LTD.
c/o Jeffrey D. Fotta
27 Beaver Place
Boston, MA 02108
*Registered Agent for Eqyty Research and Management, LTD*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE      NOV 1 8 2005

CLERK      DATE

*Tiffany R. Burnley*

BY DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**State of Connecticut**  County of  U.S.D. Court

Case Number: 305CV1762 JBA

Plaintiff:
**Broad-Bussel Family Limited Partnership, et al**

vs.

Defendant:
**Bayou Group LLC, et al.,**

For:
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Received by STOKES & LEVIN on the 28th day of November, 2005 at 12:52 pm to be served on **Eqyty Research and Management, Ltd c/o Jeffrey D. Fotta: 27 Beaver Place Boston, MA 02108**

I, Jason Rudy, being duly sworn, depose and say that on the **30th day of November, 2005** at **12:30 pm**, I:

**Personally Served** the within named person with a true copy of this **Summons and Complaint in a civil case; Appearance** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 2nd day of December, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

**Jason Rudy**
Civil Process Division

**STOKES & LEVIN**
**27 Glen Street**
**Stoughton, MA 02072**
**(781) 341-8390**

Our Job Serial Number: 2005007045
Ref: William M. Bloss
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.**

v

**BAYOU GROUP LLC, et al.**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**3 0 5 C V 1 7 6 2** JBA

TO: (Name and Address of Defendant)

Eqyty Research and Management, LTD.
27 Beaver Place
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

NOV 1 8 2005
DATE

_Tiffany R Brusky_ (signature)
BY DEPUTY CLERK

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Connecticut** | County of | U.S.D. Court |

Case Number: 305CV1762 JBA

Plaintiff:
**Broad-Bussel Family Limited Partnership, et al**

vs.

Defendant:
**Bayou Group LLC, et al.,**

For:
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Received by STOKES & LEVIN on the 28th day of November, 2005 at 12:52 pm to be served on **Eqyty Research and Management LTD: 27 Beaver Place Boston, MA 02108**.

I, Jason Rudy, being duly sworn, depose and say that on the **30th day of November, 2005 at 12:30 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons and Complaint in a civil case; Appearance** with the date and hour of service endorsed thereon by me to Jeffrey D. Fotta as the legal representative authorized to accept service on behalf of within named corporation and compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 2nd day of December, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

**Jason Rudy**
Civil Process Division

**STOKES & LEVIN**
27 Glen Street
Stoughton, MA 02072
(781) 341-8390

Our Job Serial Number: 2005007049
Ref: William M. Bloss
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f