# UNITED STATES DISTRICT COURT

## DISTRICT OF   CONNECTICUT

**BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP, et al.**

v

**BAYOU GROUP LLC, et al.**

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:**

## 305CV1762 JBA

TO: (Name and Address of Defendant)

> Charles J. Gradante
> c/o Hennessee Group LLC
> 599 Lexington Ave.
> New York, NY  10022

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

> William M. Bloss
> Koskoff Koskoff & Bieder, P.C.
> 350 Fairfield Avenue
> Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE

CLERK

BY DEPUTY CLERK

NOV 1 8 2005

DATE



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------X

**BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP, et al.,**
           Plaintiff(s),

     -against-
**BAYOU GROUP LLC, et al.,**
          Defendant(s).
-------------------------------------------------X

Index No. 305cv1762 JBA

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
               S.S.:
COUNTY OF NEW YORK)

      **HECTOR FIGUEROA**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

      That on the 30th day of November 2005, at approximately the time of 2:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET, APPEARANCE OR PRETRIAL DEADLINES** upon Charles J. Grandante at 500 5th Avenue, New York, NY 10018, by personally delivering and leaving the same with Charles J. Grandante at that address. At the time of service, deponent asked Charles J. Grandante if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Charles J. Gradante is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 190 pounds with gray hair and light eyes wearing glasses.

**HECTOR FIGUEROA #870141**

Sworn to before me this
**12**th day of **December**, 2005

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com