# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.

v

BAYOU GROUP LLC, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

305CV1762 JBA

TO: (Name and Address of Defendant)

E. Lee Hennessee
c/o Hennessee Group LLC
599 Lexington Ave.
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE

CLERK

_(signature)_

BY DEPUTY CLERK

NOV 1 8 2005

DATE

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------X
**BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.,**
          Plaintiff(s),

Index No. 305cv1762 JBA

-against-

AFFIDAVIT OF SERVICE

**BAYOU GROUP LLC, et al.,**
          Defendant(s).
----------------------------------------------------X

STATE OF NEW YORK  )
                       S.S.:
COUNTY OF NEW YORK)

     **HECTOR FIGUEROA**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

     That on the 30th day of November 2005, at approximately the time of 2:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET, APPEARANCE OR PRETRIAL DEADLINES** upon E. Lee Hennessee at 500 5th Avenue, New York, NY 10018, by personally delivering and leaving the same with Charles J. Grandante, President, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if E. Lee Hennessee is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

     Charles J. Gradante is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 190 pounds with gray hair and light eyes wearing glasses.

     That on the 9th day of December 2005, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to E. Lee Hennessee at 500 5th

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com


### Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

Avenue, New York, NY 10018, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

*/s/ Hector Figueroa*
**HECTOR FIGUEROA #870141**

Sworn to before me this
12th day of December, 2005

*/s/ Notary*
**NOTARY PUBLIC**

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com