# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.

v

BAYOU GROUP LLC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 0 5 C V 1 7 6 2 JBA

TO: (Name and Address of Defendant)

Richmond-Fairfield Associates,
Certified Public Accountants, PLLC
c/o C T Corporation System
111 Eighth Avenue
New York, NY 10011
*Registered Agent for Richmond-Fairfield Associates, Certified Public Accountants, PLLC*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE          NOV 1 8 2005
CLERK                  DATE

BY DEPUTY CLERK (signature)



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------X
**BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.,**
          Plaintiff(s),

   -against-

**BAYOU GROUP LLC., et al.,**
          Defendant(s).
-------------------------------------------------X

Index No. 305CV1762JBA

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
        S.S.:
COUNTY OF NEW YORK)

    **ROBERT MILLS**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

    That on the 28th day of November 2005, at approximately 1:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL A ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, APPEARANCE, ORDER ON PRETRIAL DEADLINES AND CIVIL COVER SHEET** upon Richmond-Fairfield Associates, CPA, PLLC c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Elaina Bou, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Elaina Bou is a white female, approximately 32 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 125 pounds with blonde hair and blue eyes.

_____
**ROBERT MILLS #1004298**

Sworn to before me this
30th day of November, 2005

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com