# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.<br><br>v<br><br>BAYOU GROUP LLC, et al. | SUMMONS IN A CIVIL ACTION<br><br>CASE NUMBER:<br><br>305CV1762 JBA |

TO: (Name and Address of Defendant)

Sterling Stamos Capital Management, L.P.
c/o Stamos Partners Capital Management GP, LLC
575 Fifth Avenue, 40th Floor
New York, NY 10017
*Registered Agent for Sterling Stamos Capital Management, L.P.*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE

CLERK

DATE NOV 1 8 2005

BY DEPUTY CLERK



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X

BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP, et al.,

        Plaintiffs,

  -against-

BAYOU GROUP LLC, et al.,

        Defendants.
-----------------------------------------------------------------X

Case No. 305CV1762 JBA

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                           S.S.:
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 29th day of November, 2005, at approximately 3:35 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; APPEARANCE; AND ORDER ON PRETRIAL DEADLINES upon STERLING STAMOS CAPITAL MANAGEMENT, L.P. c/o Stamos Partners Capital Management GP, LLC at 450 Park Avenue, New York, NY, by personally delivering and leaving the same with KEVIN BARCELONA, who informed deponent that he is a C.F.O. authorized by law to receive service at that address.

        KEVIN BARCELONA is a white male, approximately 35 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 140 pounds with dark hair and brown eyes.

_____
HECTOR FIGUEROA
#870141

Sworn to before me this
2nd day of December, 2005

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com