UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**BROAD-BUSSEL FAMILY**          :

**v.**                           :    NO. 3:05cv1762 (JBA)

**BAYOU GROUP, ET AL**           :


### SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 1/5/06, the following schedule is ordered:

1. Plaintiffs' Amended Complaint will be filed 3/6/06.

2. Defendants Sterling Stamos Capital Management and Hennessee Group Motions to Dismiss will be filed by 5/8/06; opposition will be filed 5/29/06; any replies will be filed by 6/12/06.

3. The parties' 26(f) Planning Report will be filed by 3/20/06.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**    **January 6, 2006**