UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LP, et al., )
    Plaintiff, )
)
v. )    Civ. No. 3:05-cv-01762 (JBA)
)
CITIBANK, N.A., )
    Defendant. )    January 5, 2006

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for defendant Citibank, N.A.

By: _____
Gates Garrity-Rokous (ct15218)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4310
Fax: 203-782-2889
ggarrity_rokous@wiggin.com

## **CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was mailed this 5th day of January, 2005, by first class mail to:

Lane L. Vines
Berger & Montague
1622 Locust St.
Philadelphia, PA 19103

Merrill G. Davidoff
Berger & Montague
1622 Locust St.
Philadelphia, PA 19103

William M. Bloss
Koskoff, Koskoff & Bieder, PC
350 Fairfield Ave.
Bridgeport, CT 06604

Marc J. Grenier
DePanfilis & Vallerie
25 Belden Ave.
PO Box 699
Norwalk, CT 06852-0699

James Breitenbucher
Schulte, Roth & Zabel, LLP NY
919 Third Ave.
New York, NY 10022

Patrick J. McHugh
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Sung-Hee Suh
Schulte, Roth & Zabel, LLP NY
919 Third Ave.
New York, NY 10022

William Morten Tong
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

_____
Gates Garrity-Rokous

\88888888\734\570863.1