UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.,** : | |
| : | CIVIL ACTION NO. 3:05-cv-1762-JBA |
| Plaintiffs, : | |
| : | JURY TRIAL DEMANDED |
| vs. : | |
| : | |
| **BAYOU GROUP LLC, et al.,** : | |
| : | |
| Defendants. : | |

### PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION OF THE COURT'S SCHEDULING ORDER AND TO MODIFY THE TIMING FOR FILING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr. (the "plaintiffs") respectfully move, with the consent of defendants as set forth more fully below, for clarification of the Court's January 6, 2005 Scheduling Order and to modify the timing for filing plaintiffs' Motion for Class Certification, and in support state as follows:

1.   Under the Court's Scheduling Order dated January 6, 2006, plaintiffs were granted leave to file an Amended Complaint.  Under the Court's January 6, 2006 Order, plaintiffs' Amended Complaint must be filed by March 6, 2006.  As discussed during the telephone Hearing on January 5, 2006, plaintiffs' Amended Complaint may seek, among other things, to join additional parties, amend plaintiffs' claims and remedies, and even potentially amend plaintiffs' class allegations.

2.   Accordingly, plaintiffs respectfully request that the Court defer the scheduling of class

certification proceedings, including the timing for filing plaintiffs' motion for class certification, until after plaintiffs file their Amended Complaint. The parties will then address and attempt to agree on a schedule for class certification proceedings in the parties' Rule 26(f) Planning Report that is to be filed with the Court on March 20, 2006.

3.   Plaintiffs have conferred with counsel of record for all defendants that have appeared in these proceedings to date, in particular defendants Hennessee Group, LLC, E. Lee Hennessee, Charles J. Gradante, Citibank, N.A. and Sterling Stamos Capital Management, L.P. All such defendants have advised plaintiffs that defendants do not oppose this Motion.

Dated: January 12, 2006               BERGER & MONTAGUE, P.C.


                                      /s/ Lane L. Vines
                                      Merrill G. Davidoff, Esq.
                                      Lawrence J. Lederer, Esq.
                                      Lane L. Vines, Esq.
                                      1622 Locust Street
                                      Philadelphia, PA  19103
                                      Telephone: (215) 875-3000
                                      Fax: (215) 875-4604


                                      KOSKOFF, KOSKOFF & BIEDER, P.C.
                                      William M. Bloss, Esq.
                                      350 Fairfield Avenue
                                      Bridgeport, CT  06604
                                      Telephone: (203) 336-4421
                                      Fax: (203) 368-3244


                                      *Attorneys for Broad-Bussel Family Limited
                                      Partnership, Marie-Louise Michelsohn, Michelle
                                      Michelsohn and Herbert Blaine Lawson, Jr.*

401853