UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LP, ET AL. :
: 
*Plaintiffs,* :
: Civil Action No.
v. : 3:05cv01762 (JBA)
:
BAYOU GROUP LLC, ET AL. :
: January 16, 2006
*Defendants.* :

## APPEARANCE

Please enter the appearance of HOWARD K. LEVINE on behalf of the Defendants, JEFFREY D. FOTTA, EQYTY RESEARCH AND MANAGEMENT, LLC and EQYTY RESEARCH AND MANAGEMENT LTD, in the above-captioned action.

THE DEFENDANTS,
JEFFREY D. FOTTA,
EQYTY RESEARCH AND MANAGEMENT, LLC and
EQYTY RESEARCH AND MANAGEMENT LTD

BY _____
Howard K. Levine
(Fed. Bar No. ct10555)
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: 203-777-5501
Facsimile: 203-784-3199
E-mail: hlevine@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2006, a copy of the foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Howard K. Levine
Howard K. Levine

{N0741253}  2

CARMODY & TORRANCE LLP     195 Church Street
Attorneys at Law           Post Office Box 1950
                           New Haven, CT 06509-1950
                           Telephone: 203 777-5501