UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LP, ET AL. : | |
|                              *Plaintiffs*, : | Civil Action No. |
| v. : | 3:05cv01762 (JBA) |
| BAYOU GROUP LLC, ET AL. : | |
|                             *Defendants*. : | January 16, 2006 |

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS
EQYTY RESEARCH AND MANAGEMENT LLC AND
EQYTY RESEARCH AND MANAGEMENT LTD**

Pursuant to Fed. Rule. Civ. Proc. 7.1(a), the defendants Eqyty Research and Management LLC and Eqyty Research and Management LTD hereby disclose that neither has any parent corporation, nor is there any publicly held corporation that holds 10% or more of either defendant's stock.

THE DEFENDANTS,
EQYTY RESEARCH AND MANAGEMENT, LLC and
EQYTY RESEARCH AND MANAGEMENT LTD

BY _____
Howard K. Levine
(Fed. Bar No. ct10555)
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: 203-777-5501
Facsimile: 203-784-3199
E-mail: hlevine@carmodylaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2006, a copy of the foregoing *Corporate Disclosure Statement for Defendants Eqyty Research and Management LLC and Eqyty Research and Management LTD* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
Howard K. Levine

{N0741250}
CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501