UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP, et al.,

    *Plaintiffs*

v.

BAYOU GROUP LLC, et al.,
    *Defendants.*

CIVIL ACTION NO. 3:05-CV-1762(JBA)

JANUARY 16, 2005

## APPEARANCE

Please enter the appearance of CHRISTOPHER ROONEY on behalf of the Defendants, JEFFREY D. FOTTA, EQYTY RESEARCH AND MANAGEMENT, LLC and EQYTY RESEARCH AND MANAGEMENT LTD, in the above-captioned action.

Respectfully Submitted,
JEFFREY A. FOTTA,
EQYTY RESEARCH AND MANAGEMENT, LLC and
EQYTY RESEARCH AND MANAGEMENT LTD

By: /s/ Christopher Rooney
Christopher Rooney
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Telephone (203) 777-5501
Facsimile (203) 784-3199
E-mail: crooney@carmodylaw.com
Their attorney

{N0741235}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATION

I hereby certify that on January 16, 2006, a copy of the foregoing Appearance was filed electronically and served by mail on all counsel and pro se parties, including anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Berger & Montague, P.C.
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA 19103

Koskoff, Koskoff & Bieder, P.C.
William M. Bloss, Esq.
350 Fairfield Avenue
Bridgeport, CT 06604

_____
Christopher Rooney

{N0741235}                    2

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law            Post Office Box 1950
                            New Haven, CT 06509-1950
                            Telephone: 203 777-5501