UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIE LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>BAYOU GROUP LLC, et al.,<br><br>        Defendants. | CASE NUMBER:<br>3:05 CV 1762 (JBA) |

## MOTION TO ADMIT
## FOREIGN COUNSEL PRO HAC VICE

In accordance with D. CONN. L. CIV. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Mark B. Blocker, Esq., be permitted to represent defendant Citibank, N.A. in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for the defendant. Mark B. Blocker, Esq., is an attorney admitted to practice before the state court of Illinois, as well as numerous other federal appellate and district courts (as set forth in greater detail in the attached Affidavit). In support of this motion, the undersigned states:

    1.    Mark B. Blocker is a member of the law firm of Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603.

    2.    An affidavit setting forth the necessary information regarding the qualifications of Mark B. Blocker, Esq., to practice before this Court along with such other information required by D. CONN. L. CIV. R. 83.1(d) is attached hereto as Exhibit A and made a part hereof.

3. The undersigned has agreed to act as local counsel for Citibank, N.A. in this proceeding and, as such, agrees to be the Connecticut recipient of all pleadings and communications on behalf of defendant Citibank, N.A. All pleadings and communications may be sent to Gates Garrity-Rokous at the following address and telephone number:

>Gates Garrity-Rokous
>Wiggin and Dana LLP
>One Century Tower
>264 Church Street
>New Haven, CT 06508-1832
>Telephone: (203) 498-4310
>Facsimile: (203) 782-2889
>E-mail: ggr@wiggin.com

Respectfully submitted,

CITIBANK, N.A.

By: _____
Gates Garrity-Rokous CT-15218
Wiggin and Dana LLP
One Century Tower
264 Church Street
New Haven, CT 06508-1832
Telephone: (203) 498-4310
Facsimile: (203) 782-2889
Email: ggr@wiggin.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, MARIE LOUISE MICHELSOHN, MICHELLE MICHELSOHN, and HERBERT BLAINE LAWSON, JR., Individually and on Behalf of All Other Persons and Entities Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>BAYOU GROUP LLC, et al.<br><br>        Defendants. | CASE NUMBER:<br>3:05 CV 1762 (JBA) |

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR PERMISSION TO APPEAR PRO HAC VICE

STATE OF ILLINOIS   )
                              ) ss.
COUNTY OF COOK   )

        MARK B. BLOCKER, being duly sworn, hereby deposes and says:

        1.     I am over the age of eighteen (18) years and I understand the nature and obligations of an oath.

        2.     I am a partner in the law firm of Sidley Austin LLP and may be reached through the following contact information:

        Mark B. Blocker
        Sidley Austin LLP
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000
        Facsimile:   (312) 853-7036
        E-mail:  mblocker@sidley.com

3. I submit this affidavit in support of a motion to be admitted to practice before this Court in the above-captioned matter as a visiting attorney *pro hac vice* pursuant to D. CONN. L. CIV. R. 83.1(d).

4. I am a member in good standing of the bar of the State of Illinois (and have been since 1988). I am also admitted and in good standing in the following courts:

- U.S. Court of Appeals, 5th Circuit, 2000
- U.S. Court of Appeals, 7th Circuit, 1998
- U.S. Court of Appeals, 10th Circuit, 1997
- U.S. District Court, N.D. of Illinois – General, 1988
- U.S. District Court, N.D. of Illinois – Trial Bar, 1996
- U.S. District Court, C.D. of Illinois, 2000
- U.S. District Court, S.D. of Illinois, 2003
- U.S. District Court, E.D. of Wisconsin, 1999.

5. I have not been denied admission or disciplined by this Court or any other Court.

6. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

7. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to FED. R. CIV. P. 16(b) or the standing order on scheduling in civil cases.

8. I have requested that Gates Garrity-Rokous, Esq., of the firm of Wiggin and Dana LLP, One Century Tower, 265 Church Street, New Haven, CT 06508-1832, act as local counsel, and I understand that he will be receiving service of papers and communications in this matter with me on behalf of defendant Citibank, N.A.

_____
Mark B. Blocker

Subscribed and sworn to before me this
12th day of January, 2006.

_____
Notary Public
My Commission expires:

*OFFICIAL SEAL*
Linda M. Vogel
Notary Public, State of Illinois
My Commission Expires August 15, 2009

-3-

# CERTIFICATION

This is to certify that a true and correct copy of the foregoing was delivered by United States mail, postage prepaid, to the following this 13th day of January, 2006:

Lane L. Vines, Esq.
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, PC
350 Fairfield Avenue
Bridgeport CT 06604

Patrick J. McHugh, Esq.
William Morten Tong, Esq
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Sung-Hee Suh, Esq.
James Breitenbucher, Esq.
Schulte Roth & Zabel
919 third Avenue
New York, NY 10022

Lawrence E. Fenster, Esq.
Matthew Plant, Esq.
Bressler Amery & Ross
17 State Street
New York, NY 10004

Marc J. Grenier, Esq.
DePanfilis & Vallerie LLC
25 Belden Avenue
PO Box 699
Norwalk, CT 06852-0699

_____
Gates Garrity-Rokous