# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP, et al.,
        Plaintiffs,

v.

BAYOU GROUP LLC, et al.,
        Defendants.

APPEARANCE

CASE NUMBER: 3:05-CV-1762(JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Defendant Citibank, N.A.

January 18, 2006
**Date**

ct 25413
**Connecticut Federal Bar Number**

(202) 736-8000
**Telephone Number**

(202) 736-8711
**Fax Number**

jvandeweert@sidley.com
**E-mail address**

*[Signature]*
**Signature**

John K. Van De Weert, Jr.
**Print Clearly or Type Name**

Sidley Austin LLP, 1501 K Street, NW
**Address**

Washington, DC 20005

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed on this date to the following~~: filed via the ECF system.

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24