# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

BAYOU GROUP LLC, et al.,

    Defendants.

APPEARANCE

CASE NUMBER: 3:05-CV-1762

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Citibank, N.A.

---

January 18, 2006
**Date**

phv0827
**Connecticut Federal Bar Number**

(312) 853-6097
**Telephone Number**

(312) 853-7036
**Fax Number**

mblocker@sidley.com
**E-mail address**

/s/ M. B. Blocker
**Signature**

Mark B. Blocker
**Print Clearly or Type Name**

One South Dearborn Street
**Address**

Chicago, IL 60603

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was served via the ECF system.

/s/ M. B. Blocker
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24