# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.

v

BAYOU GROUP LLC, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**305CV1762 JBA**

TO: (Name and Address of Defendant)

Daniel E. Marino
261 Bayberry Lane
Westport, CT 06680

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE
CLERK

NOV 1 8 2005
DATE

_(signature)_
BY DEPUTY CLERK

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[14] | January 10, 2006 |
| Name of Server<br>Fausto Carusone | TITLE<br>State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

[X] personally upon the defendant. Place where served: With and in the hands of DANIEL E. MARINO at his new residence at 1 Daskam Lane, Apt. 2B, Norwalk, CT 06851-4844

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | |
|---|---|---|---|
| 20.00 | 138.80 | | $158.80 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/10/06
             Date

*Signature of Server*

P.O. Box 3008, Westport, CT 06880

*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.