# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.**

v

**BAYOU GROUP LLC, et al.**

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 305CV1762 JBA

TO: (Name and Address of Defendant)

James G. Marquez
c/o Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
*Counsel for James G. Marquez*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

KEVIN F. ROWE                    NOV 1 8 2005
CLERK                            DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[10] | Date: January 10, 2006 |
| Name of Server: Fausto Carusone | TITLE: State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copy with and in the hands of Stanley A. Twardy, Jr., Esq., Counsel for, and who accepted service on behalf of JAMES G. MARQUEZ at Day, ~~Berry & Howard LLP, One Canterbury Green, Stamford, CT 06901~~ (Counsel for James G. Marquez).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 30.00 | 138.80 | $168.80 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/10/06
Date

*Signature of Server*

P.O. Box 3008, Westport, CT 06880

*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.