## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO.: 3:05-CV-1762 (JBA) |
| v. | : : | |
| BAYOU GROUP LLC, et al. | : : | JANUARY 30, 2006 |
| Defendants. | : | |

To:  Clerk of the Court
     United States District Court
     District of Connecticut
     141 Church Street
     New Haven, CT 06510

### ENTRY OF APPEARANCE

Please enter the appearance of the following attorneys on behalf of defendant James G. Marquez in the above-captioned matter.

          DEFENDANT,
          JAMES G. MARQUEZ

          /s/ Stanley A. Twardy
          Stanley A. Twardy (ct 05096)
          DAY, BERRY & HOWARD LLP
          One Canterbury Green
          Stamford, Connecticut 06901
          tel. (203) 977-7300
          fax. (203) 977-7301
          E-mail: satwardy@dbh.com

-2-

/s/ Thomas D. Goldberg
Thomas D. Goldberg (ct 04386)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, Connecticut 06901
tel. (203) 977-7300
fax. (203) 977-7301
E-mail: tdgoldberg@dbh.com

/s/ Michael G. Considine
Michael G. Considine (ct 16023)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, Connecticut 06901
tel. (203) 977-7300
fax. (203) 977-7301
E-mail: mgconsidine@dbh.com

/s/ Terence J. Gallagher
Terence J. Gallagher (ct 22415)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, Connecticut 06901
tel. (203) 977-7300
fax. (203) 977-7301
E-mail: tjgallagher@dbh.com

Case 3:05-cv-30126-CMB Document 1465 Filed 05/02/2006 Page 2 of 3

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2006, a copy of an Appearance on behalf of defendant James G. Marquez was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Terence J. Gallagher
                                  Terence J. Gallagher