UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al. | : CIVIL ACTION NO. |
| vs. | : 3:05 CV 1762 (JBA) |
| BAYOU GROUP LLC, et al. | : March 2, 2006 |

**MOTION TO MODIFY SCHEDULING ORDER REGARDING DEADLINE
FOR FILING MOTION FOR CLASS CERTIFICATION**

Plaintiffs hereby move that the Court modify the scheduling order to change the deadline for filing class certification motions from March 20, 2006, to a date thirty days from the Order of the Judicial Panel on Multidistrict Litigation on the pending application for this and related matters to be handled as multidistrict litigation. This is the first motion addressed to this time limit.

The MDL panel has scheduled argument on the application for March 30, 2006, in Las Vegas (copy of order attached). Historically the panel issues orders expeditiously. The panel's order is likely to have significant impact on the further conduct of this and related cases. For example, if the case is transferred to another district or circuit a very different motion might be required in light of controlling law. Similarly, if the MDL panel transfers related cases, a consolidated second amended complaint could be warranted. Finally, the motion may require

some discovery, which could be relevant to other pending cases, and discovery, if it is ordered, should be coordinated among the various cases.

The undersigned sent a letter to counsel on March 1, 2006, with respect to their position on this motion. Counsel for defendants Citibank, N.A., Eqyty Research & Management, LLC, Eqyty Research & Management Ltd., Jeffrey D. Fotta, James Marquez, Hennessee Group, LLC, Elizabeth Lee Hennessee, and Charles Gradante have no objection to this motion being granted. The other appearing defendant, Sterling Stamos Capital Management, L.P., has not indicated its position.

THE PLAINTIFFS,

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

February 14, 2006

## NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION: March 30, 2006

LOCATION OF HEARING SESSION: Lloyd D. George United States Courthouse
Special Proceedings Courtroom, Seventh Floor
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **March 13, 2006**. Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

c: Clerk, U.S. District Court for the District of Nevada

Schedule of Matters for Hearing Session, Section A  p. 9
Las Vegas, Nevada

### MDL-1755 -- In re Bayou Hedge Funds Investment Litigation

Motion of plaintiffs Broad-Bussel Family LP, et al., for centralization of the following actions in the United States District Court for the District of Connecticut:

#### District of Connecticut

*Jewish Federation of Metropolitan Chicago v. Bayou Management, LLC, et al.*,
   C.A. No. 3:05-1401
*Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al.*, C.A. No. 3:05-1762

#### Southern District of Indiana

*DePauw University v. Hennessee Group LLC, et al.*, C.A. No. 2:05-249

#### Southern District of New York

*Thomas Gleason v. Bayou Management, LLC, et al.*, C.A. No. 7:05-8532

### MDL-1756 -- In re Hotel Occupancy Taxes Litigation

Motion of plaintiffs City of Fairview Heights and City of Bellingham for centralization of the following actions in the United States District Court for the Southern District of Illinois or, in the alternative, the United States District Court for the Western District of Washington or the United States District Court for the Northern District of Georgia:

#### Northern District of Georgia

*City of Rome, Georgia, et al. v. Hotels.com, LP, et al.*, C.A. No. 4:05-249

#### Southern District of Illinois

*City of Fairview Heights v. Orbitz, Inc., et al.*, C.A. No. 3:05-840

#### Northern District of Ohio

*City of Findlay v. Hotels.com, LP, et al.*, C.A. No. 3:05-7443

## **CERTIFICATION**

I hereby certify that on March 2, 2006, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to all counsel of record, as follows:

Patrick J. McHugh, Esq.
William Morten Tong, Esq.
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Marc J. Grenier, Esq.
DePanfilis & Vallerie LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852-0699

Michael G. Considine, Esq.
Stanley J. Twardy, Jr., Esq.
Terence J. Gallagher, III, Esq.
Thomas D. Goldberg, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Howard K. Levine, Esq.
J. Christopher Rooney, Esq.
Carmody & Torrance
195 Church Street
P.O. Box 1950
18th Floor
New Haven, CT 06509-1950

E. Gates Garrity-Rokous, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

3

MP3 20139285.1

John K. Van De Weert, Esq.
Sidley Austin Brown & Wood, LLP-DC
1501 K. Street, N.W.
Washington, DC 20005

Mark B. Blocker, Esq.
Sidley Austin LLP-CH, IL
One S. Dearborn Street
Chicago, IL 60603

Lawrence E. Fenster, Esq.
Matthew C. Plant, Esq.
Bressler, Amery & Ross, P.C.-NY
17 State Street
New York, NY 10004

James E. Breitenbucher, Esq.
Attorney Sung-Hee Suh
Schulte, Roth & Zabel, LLP-NY
919 Third Avenue
New York, NY 10022

_____
William M. Bloss

4