UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al. | : <br> : CIVIL ACTION NO. <br> : 3:05CV1762(JBA) |
| vs. | : <br> : |
| BAYOU GROUP LLC, et al. | : <br> : March 3, 2006 |

### APPEARANCE

To the Clerk of this Court and all Parties of Record:

Please enter my appearance as counsel for the plaintiffs in the above matter.

Neal A. DeYoung
Federal Bar No. ct25150
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
FAX: 203-368-3244
Email: ndeyoung@koskoff.com

## **CERTIFICATION**

I hereby certify that on March 3, 2006, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Patrick J. McHugh, Esq.
William Morten Tong, Esq.
Finn Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Marc J. Grenier, Esq.
DePanfilis & Vallerie LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852-0699

Michael G. Considine, Esq.
Stanley J. Twardy, Jr., Esq.
Terence J. Gallagher, III, Esq.
Thomas D. Goldberg, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Howard K. Levine, Esq.
J. Christopher Rooney, Esq.
Carmody & Torrance
195 Church Street
P.O. Box 1950
18th Floor
New Haven, CT 06509-1950

E. Gates Garrity-Rokous, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

John K. Van De Weert, Esq.
Sidley Austin Brown & Wood, LLP-DC
1501 K. Street, N.W.
Washington, DC 20005

Mark B. Blocker, Esq.
Sidley Austin LLP-CH, IL
One S. Dearborn Street
Chicago, IL 60603

Lawrence E. Fenster, Esq.
Matthew C. Plant, Esq.
Bressler, Amery & Ross, P.C.-NY
17 State Street
New York, NY 10004

James E. Breitenbucher, Esq.
Attorney Sung-Hee Suh
Schulte, Roth & Zabel, LLP-NY
919 Third Avenue
New York, NY 10022

Rich May, Esq.
176 Federal Street
Boston, MA 02110

/s/ Neal A. DeYoung
Neal A. DeYoung