UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**BROAD-BUSSEL FAMILY**           :

**v.**                            :     NO. 3:05cv1762 (JBA)

**BAYOU GROUP, ET AL**            :

### ENDORSEMENT ORDER [69]

Motion to Modify Scheduling Order [69] is GRANTED to and including 30 days following any Order of the Judicial Panel on Multidistrict Litigation.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **March 3, 2006**