UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LP, ET AL. | : |
| | : |
| *Plaintiffs,* | : Civil Action No. |
| | : 3:05cv01762 (JBA) |
| v. | : |
| | : |
| BAYOU GROUP LLC, ET AL. | : March 20, 2006 |
| | : |
| *Defendants.* | |

## UNCONTESTED MOTION TO EXTEND TIME TO FILE RULE 26(f) REPORT

The undersigned defendants, Jeffrey D. Fotta, Eqyty Research and Management, LLC and Eqyty Research and Management, Ltd., hereby move to extend the time to file the Rule 26(f) report from March 20, 2006. The Multi-District Litigation Panel is currently considering whether to transfer actions pending in other districts to the District of Connecticut. The Multi-District Litigation Panel sitting in Las Vegas, Nevada has set a hearing date of March 30, 2006. It seems highly likely that the Multi-District Litigation Panel will transfer the additional actions to this District, the effect of which will be to add new plaintiffs and defendants to this action. In light of this probable outcome, the moving defendants believe that the goal of Rule 26(f) of promoting orderly discovery would best be served by postponing a Rule 26(f) report until all counsel have appeared in this district and participated in a conference with the parties who

{N0744126}

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law         Post Office Box 1950
                         New Haven, CT 06509-1950
                         Telephone: 203 777-5501

are presently appearing in the case, at which time the parties will prepare a Rule 26(f) report for the Court.

Therefore, moving defendants seek an order extending the time for filing of the Rule 26(f) report to 30 days after the Multi District Litigation Panel in Las Vegas, Nevada rules on the pending motions. The moving defendants have discussed the motion with all defendants and plaintiffs' counsel in a conference on March 14, 2006. While some counsel differ on whether the court should grant additional relief which they may seek, no party objects to the limited relief sought here of the extension to the Rule 26(f) report date. To the degree that parties seek additional relief, they will be addressed through separate motions.

Respectfully Submitted,

JEFFREY A. FOTTA,
EQYTY RESEARCH AND MANAGEMENT, LLC and
EQYTY RESEARCH AND MANAGEMENT LTD

By: /s/ Howard K. Levine
Howard K. Levine (ct10555)

Christopher Rooney (ct04027)
Howard K. Levine (ct10555)
Carmody & Torrance, LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Telephone (203) 777-5501
Facsimile (203) 784-3199
E-mail: crooney@carmodylaw.com
hlevine@carmodylaw.com

*Their attorneys*

{N0744126}   2

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, a copy of the foregoing *Uncontested Motion for Extension of Time to File Rule 26(f) Report* was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____
Howard K. Levine

{N0744126}  3

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law         Post Office Box 1950
                         New Haven, CT 06509-1950
                         Telephone: 203 777-5501