## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BROAD-BUSSEL FAMILY** | : |
| **v.** | : NO. 3:05cv1762 (JBA) |
| **BAYOU GROUP, ET AL** | : |

### ENDORSEMENT ORDER [73]

Motion to Extend Time to File Rule 26(f) Report [75] is GRANTED to and including 30 days following any Order of the Judicial Panel on Multidistrict Litigation.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **March 21, 2006**