AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

IN RE: BAYOU HEDGE FUNDS
INVESTMENT LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 7:06-md-01755-CM

TO: (Name and address of defendant)

FAUST RABBACH & OPPENHEIM, LLP
488 Madison Avenue
New York, N.Y. 10022
Agent for Service: David I. Faust, Esq.
488 Madison Avenue
New York, N.Y. 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Bloss
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. M. McMahon_
CLERK

_5-2-06_
DATE

(BY) DEPUTY CLERK

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE: BAYOU HEDGE FUNDS
INVESTMENT LITIGATION
V.

Index No. 7:06-md-01755-CM

**AFFIDAVIT OF SERVICE**

-------------------------------------------------------X

STATE OF NEW YORK   )
         S.S.:
COUNTY OF NEW YORK)

**HECTOR FIGUEROA**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and am employed by the attorney service, DLS, INC.

That on the 5th day of May 2006, at approximately 3:45 p.m., I served a true copy of the annexed **SUMMONS IN A CIVIL CASE AND AMENDED CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon Faust Rabbach & Oppenheim, LLP at 488 Madison Avenue, New York, NY 10022, by personally delivering and leaving the same with Steven D. Oppenheim, Partner, who informed deponent that he is an agent authorized by appointment to receive service at that address.

Steven D. Oppenheim is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 240 pounds with gray hair and light eyes.

_____
**HECTOR FIGUEROA #870141**

Sworn to before me this
9th day of May, 2006

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com