# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.<br><br>v<br><br>BAYOU GROUP LLC, et al. | SUMMONS IN A CIVIL ACTION<br><br><br>CASE NUMBER: 3:05CV1762 (JBA) |

TO: (Name and Address of Defendant)

> STEVEN D. OPPENHEIM
> 488 Madison Avenue
> New York, N.Y. 10022

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: (Name and Address)

> William M. Bloss
> Koskoff Koskoff & Bieder, P.C.
> 350 Fairfield Avenue
> Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Kevin F. Rowe_   _4/24/06_
CLERK                    DATE

BY DEPUTY CLERK



# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------X
**BROAD-BUSSEL FAMILY LIMITED PARTNERSHIP, et al.,**
      Plaintiff(s),

-against-

**BAYOU GROUP LLC, et al.,**
      Defendant(s).
------------------------------------------------X

Index No. 3:05CV1762(JBA)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

**HECTOR FIGUEROA**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and am employed by the attorney service, DLS, INC.

That on the 28th day of April 2006, at approximately 3:30 p.m., I served a true copy of the annexed **SUMMONS IN A CIVIL ACTION AND AMENDED CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon Steven D. Oppenheim at Faust Rabbach & Oppenheim at 488 Madison Avenue, New York, NY 10022, by personally delivering and leaving the same with Steven D. Oppenheim at that address. Deponent asked Steven D. Oppenheim, whether he is in active military service for the United States of America or for any State in the United States in any capacity whatever or dependent upon a person in active military service. To those inquiries, I received a negative reply.

Steven D. Oppenheim is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 240 pounds with gray hair and light eyes wearing glasses.

*[signature]*
**HECTOR FIGUEROA #870141**

Sworn to before me this
3rd day of May, 2006

*[signature]*
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com