UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE BAYOU HEDGE FUND INVESTMENT           :   MDL No. 1755 (CM)
LITIGATION                                  :
                                            :
------------------------------------------------------------- X
THIS DOCUMENT RELATES TO:                   :
------------------------------------------------------------- X
                                            :
BROAD-BUSSEL FAMILY LIMITED                 :   No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,                  :
MICHELSOHN, MICHELLE MICHELSOHN, and :   **NOTICE OF DEFENDANT
HERBERT BLAINE LAWSON, JR., Individually    :   CITIBANK, N.A.'S RULE 12(b)(6)
and on Behalf of All Other Persons and Entities :   MOTION TO DISMISS**
Similarly Situated,                         :
                                            :
                         Plaintiffs,        :   **ELECTRONICALLY FILED**
                                            :
          - against -                       :
                                            :
BAYOU GROUP LLC, et al.,                    :
                                            :
                         Defendants.        :
                                            :
------------------------------------------------------------- X

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of John K. Van De Weert together with the exhibit thereto, and all of the pleadings and prior proceedings herein, the undersigned will move the Court, at a time and date convenient to the Court, at the Courthouse, 300 Quarropas Street, White Plains, New York, to dismiss the claims asserted by plaintiffs against defendant Citibank, N.A. pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, by prior Order of the Court, plaintiffs' answering memorandum, if any, shall be served on or before June 30, 2006, and a reply memorandum, if any, shall be served on or before July 17, 2006.

Dated: May 31, 2006

Respectfully submitted,

SIDLEY AUSTIN LLP


By:  s/ John K. Van De Weert
    Benjamin R. Nagin (BN 0539)
    Catherine B. Winter (CW 3053)
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300
    (212) 839-5599 (fax)

    Mark B. Blocker
    (admitted *pro hac vice*)
    Sidley Austin LLP
    One South Dearborn Street
    Chicago, Illinois 60603
    (312) 853-7000
    (312) 853-7036 (fax)

    John K. Van De Weert
    (admitted *pro hac vice*)
    Sidley Austin LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    (202) 736-8000
    (202) 736-8711 (fax)

*Counsel for Defendant Citibank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2006, a copy of the Notice of Defendant

Citibank, N.A.'s Rule 12(b)(6) Motion to Dismiss was filed electronically and served by U.S.

mail, first class postage prepaid, on anyone unable to accept electronic filing.  Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or

by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic

Filing.  Parties may access this filing through the Court's CM/ECF System.

s/ John K. Van De Weert

John K. Van De Weert
