# Day, Berry & Howard LLP
### COUNSELLORS AT LAW


RECEIVED JUN - 8 2006
CHAMBERS OF COLLEEN McMAHON

Doreen Klein
Direct Dial: (203) 977-7595
E-mail: dklein@dbh.com

DOCKET IN CASE #
\S:
\TE,           CM

June 7, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## VIA FACSIMILE (914) 390-4152

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

Re: *Broad-Bussel Family Limited Partnership, et al. v. Bayou Group, LLC, et al.*
06 Civ. 3026 (CM) (MDF)
06 md 1755

Your Honor:

We are counsel for defendant James G. Marquez in this matter. We received today the Court's Decision And Order dated June 6, 2006 denying Mr. Marquez's motion to stay the proceedings (the "Decision"). Footnote 1 of the Decision states that, in our submission to the Court, we "create[d] the impression that Mr. Marquez has received a target letter from the United States Attorney" and that the Court "so interprets counsel's statements."

We write only to clarify the record. As set forth in paragraph 9 of my affidavit in support of Mr. Marquez's motion to stay the proceedings (Affidavit of Doreen Klein, sworn to April 27, 2006), it is our understanding based on discussions with the U.S. Attorney's Office for the Southern District of New York that Mr. Marquez is a target of that office's investigation. Our oral discussions with that office are the sole basis for our understanding. Mr. Marquez has not received a target letter.

Respectfully submitted,

Doreen Klein

DK/meh

cc: Counsel (via e-mail)

71343390 1 05R227-00000

One Canterbury Green | Stamford, CT 06901 | t 203 977 7300 f 203 977 7301
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  www.dbh.com