UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE BAYOU HEDGE FUND INVESTMENT        : MDL No. 1755 (CM)
LITIGATION                                                    :
                                                              :
------------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------- X
                                                              :
BROAD-BUSSEL FAMILY LIMITED              : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,               :
MICHELSOHN, MICHELLE MICHELSOHN, and : **NOTICE OF MOTION TO**
HERBERT BLAINE LAWSON, JR., Individually : **WITHDRAW APPEARANCE OF**
and on Behalf of All Other Persons and Entities : **COUNSEL**
Similarly Situated,                      :
                                                              :
                       Plaintiffs,       : **ELECTRONICALLY FILED**
                                                              :
        - against -                      :
                                                              :
BAYOU GROUP LLC, et al.,                 :
                                                              :
                       Defendants.       :
                                                              :
------------------------------------------------------------- X

        PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gates Garrity-Rokous, and all of the pleadings and prior proceedings herein, the undersigned will move the Court, at a time and date convenient to the Court, at the Courthouse, 300 Quarropas Street, White Plains, New York, to withdraw the appearance of Gates Garrity-Rokous as counsel for Defendant Citibank, N.A. pursuant to Rule 1.4 of the Local Rules for the Southern and Eastern Districts of New York. As further demonstrated in the Declaration, the Court should permit Mr. Garrity-Rokous to withdraw because there is a satisfactory reason for withdrawal and such withdrawal will not disrupt proceedings in the case.

Dated: June 14, 2006                              Respectfully submitted,

                                                       SIDLEY AUSTIN LLP


By: _s/ John K. Van De Weert___
    Benjamin R. Nagin (BN 0539)
    Catherine B. Winter (CW 3053)
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300
    (212) 839-5599 (fax)

Mark B. Blocker
(admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
(312) 853-7036 (fax)

John K. Van De Weert
(admitted *pro hac vice*)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Counsel for Defendant Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, a copy of the Notice of Motion to Withdraw Appearance of Counsel was filed electronically and served by U.S. mail, first class postage prepaid, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                             s/ John K. Van De Weert
                                                                     John K. Van De Weert