UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE BAYOU HEDGE FUND INVESTMENT : MDL No. 1755 (CM)
LITIGATION :
:
:
------------------------------------------------------------ X
:
THIS DOCUMENT RELATES TO: :
------------------------------------------------------------ X
:
BROAD-BUSSEL FAMILY LIMITED : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE, :
MICHELSOHN, MICHELLE MICHELSOHN, and : **DECLARATION OF GATES**
HERBERT BLAINE LAWSON, JR., Individually : **GARRITY-ROKOUS**
and on Behalf of All Other Persons and Entities :
Similarly Situated, :
: **ELECTRONICALLY FILED**
             Plaintiffs, :
:
        - against - :
:
BAYOU GROUP LLC, et al., :
:
             Defendants. :
:
------------------------------------------------------------ X

GATES GARRITY-ROKOUS, pursuant to 28 U.S.C. § 1746, declares and states as follows:

1.      I am an attorney admitted to the Bar of the State of Connecticut, and I am associated with the law firm Wiggin and Dana LLP. I am familiar with the facts and circumstances set forth below, and I submit this Declaration in support of the motion to withdraw my appearance as counsel for defendant Citibank, N.A. ("Citibank") in this matter.

2.      The above-captioned matter was originally filed in the United States District Court for the District of Connecticut, docket number 3:05-CV-01762-JBA. I was retained by Citibank to represent it in this matter as Connecticut counsel, in conjunction with

Mark B. Blocker and John K. Van De Weert of Sidley Austin LLP, who were retained as lead counsel for Citibank.

3. Subsequently, this case was transferred to the United States District Court for the Southern District of New York, by the Judicial Panel on Multidistrict Litigation.

4. I understand that Messrs. Blocker and Van De Weert are continuing to represent Citibank in this matter, together with attorneys at Sidley Austin LLP admitted in New York.

5. There is a satisfactory reason for withdrawal of my appearance in this case, in that the case has been transferred to this Court. Further, there will be no disruption in the proceedings because Messrs. Blocker and Van De Weert are continuing to represent Citibank in this matter.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8th, 2006 at New Haven, Connecticut.

_____
Gates Garrity-Rokous

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, a copy of the Declaration of Gates Garrity-Rokous was filed electronically and served by U.S. mail, first class postage prepaid, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                               s/ John K. Van De Weert
                                                                       John K. Van De Weert