UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
IN RE BAYOU HEDGE FUNDS INVESTMENT    :   No. 06 MDL 1755 (CM)
LITIGATION                                                   :
                                                             :
                                                             :
------------------------------------------------------------ X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X
                                                             :
BROAD-BUSSEL FAMILY LIMITED            :   No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,              :
MICHELSOHN, MICHELLE MICHELSOHN, and :   **NOTICE OF MOTION TO ADMIT**
HERBERT BLAINE LAWSON, JR., Individually :  **COUNSEL *PRO HAC VICE***
and on Behalf of All Other Persons and Entities :
Similarly Situated,                                         :
                                                             :
                    Plaintiffs,                              :
                                                             :
        - against -                                          :
                                                             :
BAYOU GROUP LLC, et al.,                                     :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ X

   PLEASE TAKE NOTICE that, upon the annexed Affidavits of Lawrence J. Lederer and Lane L. Vines, the undersigned hereby moves this Court for an order, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, granting Lawrence J. Lederer and Lane L. Vines admission *pro hac vice* in the Bar of this Court on behalf of plaintiffs Broad-Bussel Family Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr.

Dated: Philadelphia, Pennsylvania
      June 5, 2006

                          Respectfully submitted,

                          BERGER & MONTAGUE, P.C.

                          By: _____
                          Merrill G. Davidoff (MD 4099)
                          1622 Locust Street
                          Philadelphia, PA 19103
                          Tel: (215) 875-3000
                          Fax: (215) 875-4604
                          Email: <<mdavidoff@bm.net>>

                          *Attorneys for Plaintiffs*

405039_01.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE BAYOU HEDGE FUNDS INVESTMENT     :   No. 06 MDL 1755 (CM)
LITIGATION                                                    :
                                                              :
                                                              :
------------------------------------------------------------- X
                                                              :
THIS DOCUMENT RELATES TO:                                     :
                                                              :
------------------------------------------------------------- X
                                                              :
BROAD-BUSSEL FAMILY LIMITED            :   No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,             :
MICHELSOHN, MICHELLE MICHELSOHN, and   :   **AFFIDAVIT OF**
HERBERT BLAINE LAWSON, JR., Individually :  **MERRILL G. DAVIDOFF**
and on Behalf of All Other Persons and Entities :
Similarly Situated,                                           :
                                                              :
                    Plaintiffs,                               :
                                                              :
          - against -                                         :
                                                              :
BAYOU GROUP LLC, et al.,                                      :
                                                              :
                    Defendants.                               :
                                                              :
------------------------------------------------------------- X

COMMONWEALTH OF PENNSYLVANIA   )
                               ) ss.
COUNTY OF PHILADELPHIA         )

Merrill G. Davidoff, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the State of New York, the Commonwealth of Pennsylvania, and in this Court, and a senior shareholder in the law firm of Berger & Montague, P.C. Together with others from my firm and co-counsel, I am counsel for plaintiffs Broad-Bussel Family Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr. in this action.

2. I respectfully submit this Affidavit in support of plaintiffs' motion,

pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an Order granting Lawrence J. Lederer and Lane L. Vines admission *pro hac vice* to the Bar of this Court on behalf of plaintiffs.

3. I am a member in good standing of the Bar of this Court.

4. Lawrence J. Lederer is a member in good standing of the Bars of the Commonwealth of Pennsylvania and District of Columbia. An Affidavit from Mr. Lederer is attached as Exhibit A.

5. Lane L. Vines is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. An Affidavit from Mr. Vines is attached as Exhibit B.

WHEREFORE, it is respectfully requested that this Court grant plaintiffs' motion for an Order permitting Lawrence J. Lederer and Lane L. Vines to appear in this action *pro hac vice* on behalf of plaintiffs.

_____
Merrill G. Davidoff

Subscribed and sworn to before me
this 5th day of June, 2006.

_____
Notary Public

405047_00.wpd

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nina L. Fischer, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 2, 2009

Member, Pennsylvania Association of Notaries

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
IN RE BAYOU HEDGE FUNDS INVESTMENT   :   No. 06 MDL 1755 (CM)
LITIGATION                           :
:
:
------------------------------------------------------------- X
:
THIS DOCUMENT RELATES TO:            :
------------------------------------------------------------- X
:
BROAD-BUSSEL FAMILY LIMITED          :   No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,            :
MICHELSOHN, MICHELLE MICHELSOHN, an  :   **AFFIDAVIT OF**
HERBERT BLAINE LAWSON, JR., Individually :   **LAWRENCE J. LEDERER**
and on Behalf of All Other Persons and Entities :
Similarly Situated,                  :
:
            Plaintiffs,              :
:
     - against -                     :
:
BAYOU GROUP LLC, et al.,             :
:
            Defendants.              :
:
------------------------------------------------------------- X

COMMONWEALTH OF PENNSYLVANIA     )
                                 ) ss.
COUNTY OF PHILADELPHIA           )

Lawrence J. Lederer, being duly sworn, deposes and says:

1.  I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the District of Columbia and a shareholder in the law firm of Berger & Montague, P.C. Together with others from my firm and co-counsel, I am counsel for plaintiffs Broad-Bussel Family Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr. in this action.

2.  I make this Affidavit in support of plaintiffs' motion for an Order permitting me

to appear in this action as counsel for plaintiffs *pro hac vice*.

3.  I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia. Attached as Exhibit 1 to this Affidavit are copies of Certificates of Good Standing from those Bars.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this matter.

_____
Lawrence J. Lederer

Subscribed and sworn to before me
this 5th day of June, 2006.

_____
Nina L. Fischer
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nina L. Fischer, Notary Public
Of Philadelphia, Philadelphia County
My Commission Expires Apr. 2, 2009
Member, Pennsylvania Association of Notaries

2



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Lawrence Jay Lederer, Esq.*

**DATE OF ADMISSION**

*November 27, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 1, 2006

Patricia A. Johnson
Chief Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LAWRENCE J. LEDERER

was on the 23${}^{RD}$ day of SEPTEMBER, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 3, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE BAYOU HEDGE FUNDS INVESTMENT : No. 06 MDL 1755 (CM)
LITIGATION :

------------------------------------------------------------ X

THIS DOCUMENT RELATES TO:

------------------------------------------------------------ X

BROAD-BUSSEL FAMILY LIMITED : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE, :
MICHELSOHN, MICHELLE MICHELSOHN, an : **AFFIDAVIT OF**
HERBERT BLAINE LAWSON, JR., Individually : **LANE L. VINES**
and on Behalf of All Other Persons and Entities :
Similarly Situated, :

  Plaintiffs, :

  - against - :

BAYOU GROUP LLC, et al., :

  Defendants. :

------------------------------------------------------------ X

COMMONWEALTH OF PENNSYLVANIA )
                             ) ss.
COUNTY OF PHILADELPHIA       )

  Lane L. Vines, being duly sworn, deposes and says:

  1.  I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey and an associate in the law firm of Berger & Montague, P.C. Together with others from my firm and co-counsel, I am counsel for plaintiffs Broad-Bussel Family Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr. in this action.

  2.  I make this Affidavit in support of plaintiffs' motion for an Order permitting me

to appear in this action as counsel on behalf of plaintiffs *pro hac vice.*

3. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. Attached as Exhibit 1 to this Affidavit are copies of Certificates of Good Standing from those Bars.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this matter.

_____
Lane L. Vines

Subscribed and sworn to before me
this 5th day of June, 2006.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nina L. Fischer, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 2, 2009
Member, Pennsylvania Association of Notaries

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Lane Lanier Vines, Esq.*

#### DATE OF ADMISSION

*December 22, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 1, 2006

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **LANE LANIER VINES** (No. **037051997**) was constituted and appointed an Attorney at Law of New Jersey on **December 15, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **3RD** day of **May**, 20 **06**

Clerk of the Supreme Court

-453a-