UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE BAYOU HEDGE FUNDS INVESTMENT : No. 06 MDL 1755 (CM)
LITIGATION :
:
------------------------------------------------------------ X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X
:
BROAD-BUSSEL FAMILY LIMITED : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE, :
MICHELSOHN, MICHELLE MICHELSOHN, and :
HERBERT BLAINE LAWSON, JR., Individually :
and on Behalf of All Other Persons and Entities :
Similarly Situated, :
:
           Plaintiffs, :
:
    - against - :
:
BAYOU GROUP LLC, et al., :
:
           Defendants. :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

      Lawrence J. Lederer, having represented that he is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia, and having requested admission, *pro hac vice*, to represent plaintiffs Broad-Bussel Family Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr. in the above-referenced case; it is hereby

      ORDERED, that Lawrence J. Lederer, Esq., is admitted to practice *pro hac vice* in the above-referenced case in the United States District Court for the Southern District of New York.

Dated: New York, New York

      6/23_____, 2006

*[signature]*

UNITED STATES DISTRICT JUDGE