UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE BAYOU HEDGE FUNDS INVESTMENT  :  No. 06 MDL 1755 (CM)
LITIGATION                          :
:
:
------------------------------------------------------------ X
:
THIS DOCUMENT RELATES TO:           :
:
------------------------------------------------------------ X
:
BROAD-BUSSEL FAMILY LIMITED         :  No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,          :
MICHELSOHN, MICHELLE MICHELSOHN, and :
HERBERT BLAINE LAWSON, JR., Individually :
and on Behalf of All Other Persons and Entities :
Similarly Situated,                 :
:
            Plaintiffs,             :
:
        - against -                 :
:
BAYOU GROUP LLC, et al.,            :
:
            Defendants.             :
:
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

### ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Lane L. Vines, having represented that he is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, and having requested admission, *pro hac vice*, to represent plaintiffs Broad-Bussel Family Limited Partnership, Marie Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr. in the above-referenced case; it is hereby

ORDERED, that Lane L. Vines, Esq., is admitted to practice *pro hac vice* in the above-referenced case in the United States District Court for the Southern District of New York.

Dated:  New York, New York

        6/23         , 2006

_____
UNITED STATES DISTRICT JUDGE