# Koskoff Koskoff & Bieder PC



**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
JUL 12 2006
CHAMBERS OF
COLLEEN McMAHON

*Law Offices*

*P.O. Box 1661*
*Bridgeport, CT 06601*

*350 Fairfield Avenue*
*Bridgeport, CT 06604*

*(203) 336-4421*
*FAX (203) 368-3244*

*e-mail: kkb@koskoff.com*
*www.koskoff.com*

Theodore I. Koskoff
(1913-1989)
Michael P. Koskoff
Richard A. Bieder*
Joel H. Lichtenstein
John D. Jessup
Christopher D. Bernard*
Carey B. Reilly
James D. Horwitz
Joshua D. Koskoff
Regina M. Murphy
Antonio Ponvert III
Kathleen L. Nastri
William M. Bloss
Neal A. DeYoung*
Gertrude A. Kimmins
J Craig Smith
Cynthia C. Bott
Lillian C. Gustilo
Sean K McElligott*

*Certified Civil Trial Advocate
  National Board of Trial Advocacy
* Also Admitted in New York
* Admitted in NY & MA Only

*Of Counsel*
James Wu, LLC

*Paralegals*
Linda Grossberg
Barbara Larocca
Beth Vogler
Diana V Orozco
Patricia M. Harris, R.N.
Marge Esposito
Wendy Grosso
Diane C Rivera, R.N.
Diane L. Zalewski
Terri L. Beatty
Janet E. Mitchell
Evelyn McGrath, R.N.
Julie A. Alleyne
Lorraine Velush, R.N.

July 12, 2006



**VIA FAX (914 / 390-4152)**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Rm. 533
White Plains, NY 10601-4150

**Re:**  *In re Bayou Hedge Funds Investment Litigation*, 7:06-md-01755 (CM)
       *Broad-Bussel Family L.P. v. Bayou Group LLC*, No. ~~3:05-civ-1762~~ (CM)
       06 CV 3026

Dear Judge McMahon:

This firm is co-counsel for the plaintiffs (the "Plaintiffs") in the above-referenced action of *Broad-Bussel Family L.P., et al. v. Bayou Group LLC, et. al.* In connection with the pending motion to dismiss filed by defendants Faust, Rabbach & Oppenheim LLP and Steven Oppenheim (the "Law Firm Defendants"), the Law Firm Defendants and Plaintiffs respectfully request that the Court approve the proposed briefing schedule set forth in the attached Stipulation and Proposed Order. Plaintiffs' opposition papers are presently due by July 21, 2006, with reply papers being due by July 28, 2006. No prior requests have been made by the parties.

Respectfully submitted,

Neal A. DeYoung

cc: Counsel of Record (via email)
Attachment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

IN RE BAYOU HEDGE FUNDS INVESTMENT          :        No. 06 MDL 1755 (CM)
LITIGATION                                  :
                                            :
------------------------------------------------------- X

THIS DOCUMENT RELATES TO:                   :

------------------------------------------------------- X

BROAD-BUSSEL FAMILY LIMITED                 :        No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE-LOUISE                    :
MICHELSOHN, MICHELLE MICHELSOHN, an         .
HERBERT BLAINE LAWSON, JR., Individually    :
and on Behalf of All Other Persons and Entities      STIPULATION AND [PROPOSED]
Similarly Situated,                         :        ORDER REGARDING BRIEFING
                                            :        SCHEDULE FOR THE MOTION TO
                         Plaintiffs,        :        DISMISS FILED BY DEFENDANTS
                                            :        FAUST RABBACH & OPPENHEIM
        - against -                         :        LLP AND STEVEN OPPENHEIM
                                            :
BAYOU GROUP LLC, et al.,                    :
                                            :
                         Defendants.        :        ELECTRONICALLY FILED

------------------------------------------------------- X


        Plaintiffs Broad-Bussel Family Limited Partnership ("Broad-Bussel Family"), Marie-Louise

Michelsohn, Michelle Michelsohn and Herbert Blain Lawson, Jr., individually and on behalf of all

other persons and entities similarly situated (collectively, the "Plaintiffs"), and defendants Faust

Rabbach & Oppenheim LLP and Steven Oppenheim (the "Oppenheim Defendants") hereby jointly

stipulate that Plaintiffs will file their opposition to the Oppenheim Defendants' motion to

dismiss by August 18, 2006, and that the Oppenheim Defendants will file their reply by September

12, 2006.

SEEN AND AGREED:

KOSKOFF, KOSKOFF & BIEDER, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq. (ND 3098)
350 Fairfield Avenue
Bridgeport, CT  06604
Telephone: (203) 336-4421
Fax: (203) 368-3244

BERGER & MONTAGUE, P.C.
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

*Counsel for Plaintiffs*

RIVKIN RADLER LLP
Shari Claire Lewis, Esq. (SL-0527)
Janice J. DiGennaro, Esq.
926 Reckson Plaza
Uniondale, NY 11556-0926
Telephone: (516) 357-3000
Fax: (516) 357-3333

*Counsel for the Oppenheim Defendants*

SO ORDERED THIS ____ DAY

OF _____ 2006:

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

2