## LAW OFFICES OF
## PIPKIN, OLIVER & BRADLEY, L.L.P.

1020 NORTHEAST LOOP 410, SUITE 810
SAN ANTONIO, TEXAS 78209-1227

TELEPHONE
(210) 820-0082

TELECOPIER
(210) 820-0077

DOCKET IN CASE #
AS:
DATE,            CM

June 29, 2006



RECEIVED
JUL 11 2006
CHAMBERS OF
COLLEEN McMAHON

*Via Federal Express*
Judge Colleen McMahon
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

RE:   *In re: Bayou Hedge Fund Investment Litigation*, 06 MD 1755 (CM) as it relates to *Broad Bussel Family L.P., et al. v. Bayou Group, LLC, et al.*, No. 06 Civ. 3026 (CM)

Dear Judge McMahon:

  We received service of the "Motion to Determine the Eligibility of Claims of Putative Class Members for NASD Arbitration" filed by Elizabeth Lee Hennessee in the above-referenced lawsuit. Our clients are not parties to any case currently pending before this Court. Further, we do not practice in New York, and thus, no one in our firm is admitted to practice in the Southern District of New York. As such, we are unable to file a response to Ms. Hennessee's Motion electronically. We, therefore, request that the Court accept this letter as the Hill Family's response to Ms. Hennesee's Motion to Determine the Eligibility of Claims of Putative Class Members for NASD Arbitration.

  The Motion before your honor requests a determination that our clients, Travis Co. J.V., Roger Hill, Sr. and Christopher Hill ("the Hill Claimants"), may not bring claims against Ms. Hennessee in the NASD. The Motion is premised on the fact that our clients are alleged to be putative class members in the above-referenced lawsuit and have not "made a formal election to forego participation in the class action or petitioned this Court to withdraw from the putative class." Of course, the reason our clients have not made any such election is that, as yet, no such class has been certified, and therefore, no class exists from which they could opt out. However, please consider this formal notice of the Hill Claimants' request to opt out of and to hereby withdraw from the putative subclass asserting claims against Ms. Hennessee, Hennessee Group, LLC, and Charles Gradante that is identified in the *Broad Bussel Family L.P, et al. v. Bayou Group, LLC, et al.* lawsuit referenced above. This should make the substantive question posed by the Motion moot. If, however, there is a formal procedure of which we are unaware that has been established for opting out of the putative class or some further action required by our clients, we would appreciate your honor's direction as to the appropriate action to take.

June 29, 2006
Page 2

    A copy of this letter being sent to the NASD to insure it is aware of my clients' position regarding the putative class action and, hopefully, to prevent further disputes on this issue.

    In addition, I am serving all counsel of record in the above-referenced matter by first class mail, return receipt requested and also providing the Movant a courtesy copy by facsimile.

                                    Sincerely,

                                    Marvin G. Pipkin
                                  Texas Bar No. 16026600

cc:    NASD                          *Via Facsimile*
       Travis Co. J.V. and Hill Family      *Via Facsimile*