BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE+
EDWIN A. ZIPF-
GEORGE R. HIRSCH*
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALO+
LAWRENCE E. FENSTER^
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK°
KEITH OLIN°
ALEX J. SABO°
FRANK J. CUCCIO*
ANDREW W. SIDMAN^
RICHARD C. SZUCH+

OF COUNSEL
RICHARD R. SPENCER, JR.*

COUNSEL
KENNETH H. MOLTNER^
MICHAEL J. CONNOLLY+
DOUGLAS C. FURLONG+

BERNARD BRESSLER
(1930-2005)

JONATHAN M. PRINCE+
DANIEL R. KORB, JR.-
RICHARD J. TEER*
MICHAEL S. RUBIN-
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
KALMAN G. MAGYAR*
JILL E. DOKSON°
IZABELA C. REIS°
ROBIN C. STEPHAN+
CHRISTIAN D. JOHNSON-
STEVEN G. HEMMERT°
ELYSSA S. KATES*
ANGELA M. SCAFURI-
CHRISTOPHER M. GALUSHA+
DENNISE S. MULVIHILL*
JASON M. SCHOENBERG+
COREN H. STERN°
SETH V. ALHADEFF°
CARLA DUQUE*
JASON L. SMITH-
DAVID J. BUTLER*
BENJAMIN J. DILORENZO+
DIANA C. CAMPBELL+
THOMAS A. McKINNEY*
DAVID G. SMITHAM*
DOUGLAS B. LIPSKY*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
REGINA C. PEPE*
RICKI L. RHEIN°
DIANA M. HEDRICK°
MARIE SARACENI MARINO+
CHRISTOPHER G. MASSEY*
JACQUELYN R. TRUSSELL*
SMIT KAPADIA*
JONATHAN L. CASSADY+
MATTHEW E. WOLPER°
RISA M. DAVIO+
ANDREW M. GREENIDGE°

*ADMITTED IN NJ AND NY
*ADMITTED IN NJ
^ADMITTED IN NY
°ADMITTED IN FL
+ADMITTED IN FL AND NY

WRITER'S DIRECT INFORMATION

**BRESSLER, AMERY & ROSS, P.C.**
ATTORNEYS AT LAW

17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300
FAX: (212) 425-9337

www.bressler.com

NEW JERSEY OFFICE
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

FLORIDA OFFICE
HUNTINGTON CENTRE II
2001 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

RECEIVED JUL 14 2006 CHAMBERS OF COLLEEN McMAHON

MEMO ENDORSED

July 13, 2006

**VIA FACSIMILE**
The Honorable Colleen McMahon, U.S.D.J
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: **In re Bayou Hedge Fund Litigation, MDL No. 1755**
     **Broad-Bussel Family L.P., et al. v. Bayou Group LLC, et al., No. 06 Civ. 3026 (CM)**

Dear Judge McMahon:

We represent defendants Hennessee Group, LLC, Charles J. Gradante and Elizabeth Lee Hennessee in the above-referenced proceeding. We are in receipt of Plaintiff's Opposition to the Hennessee Defendants' Motion to Dismiss.

In accordance with section 2D of Your Honor's Individual Practices, the Hennessee Defendants respectfully request permission to file a Reply Memorandum of Law in excess of Your Honor's 10 page limit. The Hennessee Defendants respectfully request permission to file a 20 page Reply due to the number of issues presented in the Motion Dismiss and given Plaintiff's more than minimal use of footnotes in its Opposition, in contravention of Your Honor's Individual Practices.

Thank you for Your Honor's consideration in this regard.

Respectfully submitted,

Lawrence E. Fenster

Enclosures

cc: All Counsel (by email or fax and regular mail)

801189_1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

TOTAL P.02