1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger&Montague, P.C.
ATTORNEYS AT LAW

LAWRENCE J. LEDERER  ALSO ADMITTED IN DC
WRITER'S DIRECT DIAL | 215/875-4625
WRITER'S DIRECT FAX | 215/875-4604
WRITER'S DIRECT E-MAIL | llederer@bm.net

August 11, 2006

**Via E-Filing and Federal Express**

The Honorable Colleen McMahon
United States District Court
  for the Southern District of New York
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: *In re Bayou Hedge Funds Investment Litigation*, No. 06 MDL 1755 (CM)

*Broad-Bussel Family Limited Partnership, et al. v. Bayou Group LLC, et al.*, No. 06 Civ. 3026 (CM) (S.D.N.Y.)

Dear Judge McMahon:

    We, along with Koskoff, Koskoff and Bieder, P.C., represent the investor plaintiffs and the proposed investor Class in the above *Broad-Bussel* litigation.

    Attached is the ruling issued by the U.S. Court of Appeals for the Second Circuit on August 8, 2006, *Lerner, et al. v. Fleet Bank, N.A., et al.*, No. 05-5106-cv (2d Cir. Aug. 8, 2006). This opinion is also available on LEXIS (2006 U.S. App. LEXIS 20326) and Westlaw (2006 WL 2260822). We submit the attached as relevant to the motions to dismiss pending before Your Honor, including particularly the motion filed by defendant Citibank, N.A.

Respectfully submitted,

Lawrence J. Lederer (LL-3250)

Encl.

cc: All Parties (via e-mail)

408445_01.wpd