# EXHIBIT A

# business inquiry

**BUSINESS DETAILS:**

| Business Name: | Business ID: | Business Address: |
|---|---|---|
| BAYOU MANAGEMENT LLC | 0632592 | C/O FAUST RABBACH & OPPENHEIM 488 MADISON AVE. NEW YORK, NY 10022 |

| Mailing Address: | Citizenship/State Inc: | Last Report Year: |
|---|---|---|
| 40 SIGNAL ROAD STAMFORD, CT 06902- | Foreign/NY | 2004 |

| Business Type: | Business Status: | Date Inc./Register: |
|---|---|---|
| Foreign Limited Liability Company | Active | Oct 12, 1999 |

**Commence Business Date:** Oct 12, 1999

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| SAM ISRAEL<br>PRESIDENT | 40 SIGNAL ROAD STAMFORD, CT 06902 | 52 OREGON RD MT KISCO, NY 10549 |

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| SAM ISRAEL III | 40 SIGNAL ROAD STAMFORD, CT 06902 | 40 SIGNAL ROAD STAMFORD, CT 06902 |

**OTHER ADDRESSES:**

**Process of Service Address:**

40 SIGNAL ROAD STAMFORD, CT 06902-

» **View Name History**     » **View Filing History**     » **View Shares**

[ Cancel ]

# business inquiry

**BUSINESS DETAILS:**

| Business Name: | Business ID: | Business Address: |
|---|---|---|
| BAYOU EQUITIES LLC | 0671379 | C/O FAUST RABBACH & OPPENHEIM 488 MADISON AVENUE NEW YORK, NY 10022 |

| Mailing Address: | Citizenship/State Inc: | Last Report Year: |
|---|---|---|
| 40 SIGNAL ROAD STAMFORD, CT 06902- | Foreign/DE | 2005 |

| Business Type: | Business Status: | Date Inc./Register: |
|---|---|---|
| Foreign Limited Liability Company | Active | Jan 17, 2001 |

Commence Business Date:

Jan 18, 2001

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| SAM ISRAEL, III PRESIDENT | 40 SIGNAL RD STAMFORD, CT 06902 | 52 OREGON RD BEDFORD CORNERS, NY 10549 |

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| SECRETARY OF THE STATE | 30 TRINITY STREET HARTFORD, CT 06106-0470 | NONE |

**OTHER ADDRESSES:**

**Process of Service Address:**

C/O FAUST RABBACH & OPPENHEIM 488 MADISON AVENUE NEW YORK, NY 10022-

» **View Name History**   » **View Filing History**   » **View Shares**

Cancel

# business inquiry

**BUSINESS DETAILS:**

| Business Name: | Business ID: | Business Address: |
|---|---|---|
| BAYOU ADVISORS LLC | 0671380 | C/O FAUST RABBACH & OPPENHEIM 488 MADISON AVENUE NEW YORK, NY 10022 |

| Mailing Address: | Citizenship/State Inc: | Last Report Year: |
|---|---|---|
| 40 SIGNAL ROAD STAMFORD, CT 06902- | Foreign/DE | 2005 |

| Business Type: | Business Status: | Date Inc./Register: |
|---|---|---|
| Foreign Limited Liability Company | Active | Jan 17, 2001 |

**Commence Business Date:**

Jan 18, 2001

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| SAM ISRAEL, III<br>PRESIDENT | 40 SIGNAL RD STAMFORD, CT 06902 | 52 OREGON RD BEDFORD CORNERS, NY 10549 |

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| SECRETARY OF THE STATE | 30 TRINITY STREET HARTFORD, CT 06106-0470 | NONE |

**OTHER ADDRESSES:**

**Process of Service Address:**

C/O FAUST RABBACH & OPPENHEIM 488 MADISON AVENUE NEW YORK, NY 10022-

» **View Name History**     » **View Filing History**     » **View Shares**

[ Cancel ]