UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BAYOU HEDGE FUNDS INVESTMENT LITIGATION<br><br>*Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al., D. Connecticut, C.A. No. 3:05-1762* | NO. 7:06-md-01755-CM<br>Related Case No.7:06-cv-03026-CM<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance as counsel for the defendants, FAUST, RABBACH & OPPENHEIM, LLP and STEPHEN D. OPPENHEIM, in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
         August 31, 2006

            Respectfully submitted,

            RIVKIN RADLER LLP
            Attorneys for Defendants,
            Faust, Rabbach & Oppenheim
            and Steven D. Oppenheim

         By: _____
            Janice J. DiGennaro (JJD-9706)
            926 Reckson Plaza
            Uniondale, New York 11556-0926
            (516) 357-3000
            RR File No.: 011590-00311

TO: KOSKOFF, KOSKOFF & BIEDER, P.C.
    Attorneys for Plaintiffs
    350 Fairfield Avenue
    Bridgeport, CT 06604
    (203) 336-4421

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3084

1970047 v1