UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BAYOU HEDGE FUNDS INVESTMENT LITIGATION<br><br>*Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al., D. Connecticut, C.A. No. 3:05-1762* | )<br>)   NO. 7:06-md-01755-CM<br>)   Related Case No.7:06-cv-03026-CM<br>)<br>)   **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>) |

Please enter my appearance as counsel for the defendants, FAUST, RABBACH & OPPENHEIM, LLP and STEPHEN D. OPPENHEIM, in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
       August 31, 2006

                                            Respectfully submitted,

                                            RIVKIN RADLER LLP
                                            Attorneys for Defendants,
                                            Faust, Rabbach & Oppenheim
                                            and Steven D. Oppenheim

                              By: _____
                                    Shari Claire Lewis (SCL-0527)
                                    926 Reckson Plaza
                                    Uniondale, New York 11556-0926
                                    (516) 357-3000
                                    RR File No.: 011590-00311

TO: KOSKOFF, KOSKOFF & BIEDER, P.C.
      Attorneys for Plaintiffs
      350 Fairfield Avenue
      Bridgeport, CT 06604
      (203) 336-4421

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3084

1970043 v1