UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BAYOU HEDGE FUNDS INVESTMENT LITIGATION<br><br>*Broad-Bussel Family LP, et al. v. Bayou Group, LLC, et al.*, D. Connecticut, C.A. No. 3:05-1762 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 7:06-md-01755-CM |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NASSAU      )

I, PATRICIA A. WILCOX, being sworn, say:

I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On September 12, 2006, I served the within REPLY MEMORANDUM OF THE DEFENDANTS FAUST, RABBACH & OPPENHEIM, LLP and STEVEN D. OPPENHEIM by ECF and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

KOSKOFF, KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103

BRESSLER, AMERY & ROSS, P.C.
2801 SW 149th Avenue, Suite 300
Miramar, FL  33027

ADELMAN LAVINE GOLD AND LEVIN
Four Penn Center
Suite 900
Philadelphia, PA 19103

McTURNAN & TURNER
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204

DEPANFILIS & VALLERIE, LLC
25 Belden Avenue
P.O. Box 699
Norwalk, CT 06852

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

DAY BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901-2047

*Patricia Wilcox* (signature)
PATRICIA A. WILCOX

Sworn to before me this
13th day of September 2006

*Deborah Robson* (signature)
Notary Public

DEBORAH I. ROBSON
Notary Public, State of New York
No. 4616208
Qualified in Suffolk County
Commission Expires June 30, 2007

1972905 v1