UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re Bayou Hedge Fund Litigation        :        06 MDL 1755 (CM) (MDF)
:
------------------------------------------------------------x
:
This Document Relates To:                :
Broad-Bussel Family Limited Partnership, et al.   :
:
v.                                       :        06 Civ. 3026 (CM) (MDF)
:
Bayou Group, LLC, et al.,                :
:        **Electronically Filed**
------------------------------------------------------------x


**MOTION FOR WITHDRAWAL AND**
**DISPLACEMENT OF ATTORNEYS OF RECORD**

      Pursuant to Local Civil Rule 1.4, and for the reasons set forth in the attached affidavit, the undersigned, a member of the firm of Day Pitney LLP, respectfully moves to withdraw his appearance and the appearances of four other current attorneys with his firm, i.e. Thomas D. Goldberg, Michael G. Considine, Terence J. Gallagher and Doreen Klein, so that they may be displaced as attorneys of record by attorneys from the firm of Simon & Partners LLP, who have also appeared in these actions.

Dated:  Stamford, Connecticut
        May 1, 2007

                                          /s/ Stanley A. Twardy, Jr.
                                        Stanley A. Twardy, Jr. (ST 9589)
                                        DAY PITNEY LLP
                                        One Canterbury Green
                                        Stamford, Connecticut 06901
                                        tel. (203) 977-7300
                                        fax. (203) 977-7301
                                        E-mail: satwardy@daypitney.com

71394258.1 158227-000000

-2-

# CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2007, a copy of the foregoing Motion for Withdrawal and Displacement of Attorneys of Record was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Doreen Klein
        Doreen Klein (DK 4982)