1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

## Berger&Montague, P.C.
ATTORNEYS AT LAW

WRITER'S DIRECT DIAL | (215) 875-4658
WRITER'S DIRECT FAX | (215) 875-4604
WRITER'S DIRECT E-MAIL | lvines@bm.net

May 7, 2007

**VIA ECF FILING**

The Honorable Colleen McMahon
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

    Re:   *In re Bayou Hedge Funds Investment Litigation,* No. 06 MDL 1755 (CM)

          *Broad-Bussel Family Limited Partnership, et al. v. Bayou Group LLC, et al.,* No. 06 Civ. 3026 (CM) (S.D.N.Y.)

Dear Judge McMahon:

    We, along with Koskoff and Bieder, P.C., represent plaintiffs Broad-Bussel Family Limited Partnership, *et al.* in the above class action litigation.

    In light of the request for a formal written statement from the representative class plaintiffs regarding Your Honor's alleged conflict involving Citibank, N.A., as set forth in the Court's Response to April 19, 2007 Letter (Doc. No. 77, filed April 20, 2007 in No. 06-CV-3026), we respectfully submit the attached Declaration of Daniel J. Bussel on behalf of Broad-Bussel Family Limited Partnership.

    We understand that our co-counsel, Koskoff, Koskoff and Bieder, P.C., is endeavoring to obtain similar Declarations from the remaining representative plaintiffs Marie-Louise Michelsohn, Michelle Michelsohn, and Herbert Blaine Lawson, Jr., and should be able to file same shortly.

                                                       Respectfully,

                                                       Lane L. Vines

Attach.
cc via ECF filing:    Counsel for All Parties                                              415338_00.wpd