# Koskoff Koskoff & Bieder *PC*

*Law Offices*

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com
www.koskoff.com

*Theodore I. Koskoff*
 *(1913-1989)*
*Michael P. Koskoff*
*Richard A. Bieder\**
*Joel H. Lichtenstein*
*John D. Jessep*
*Christopher D. Bernard\**
*Carey B. Reilly*
*James D. Horwitz*
*Joshua D. Koskoff*
*Regina M. Murphy*
*Antonio Ponvert III*
*Kathleen L. Nastri*
*William M. Bloss*
*Neal A. DeYoung*[△]
*Gertrude A. Kiaunis*
*Cynthia C. Bott*
*Lillian C. Gustilo*
*Sean K. M<sup>c</sup>Elligott*[†]

\**Certified Civil Trial Advocate*
 *National Board of Trial Advocacy*
△ *Also Admitted in New York*
† *Also Admitted in MA*

*Of Counsel*
*James Wu, LLC*

*Paralegals*
*Linda Grossberg*
*Barbara Larocca*
*Beth Vogler*
*Diana V. Orozco*
*Patricia M. Harris, R.N.*
*Marge Esposito*
*Wendy Grosso*
*Diane C. Rivera, R.N.*
*Diane L. Zalewski*
*Terri L. Beatty*
*Janet E. Mitchell*
*Evelyn M<sup>c</sup>Grath, R.N.*
*Julie A. Alleyne*

May 11, 2007

**VIA ECF Filing**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re Bayou Hedge Funds Investment Litigation*, 7:06-md-01755 (CM)
    *Broad-Bussel Family L.P. v. Bayou Group LLC*, No. 3:05-civ-1762 (CM)

Dear Judge McMahon:

This firm is co-counsel for the plaintiffs in the above-referenced action of *Broad-Bussel Family L.P., et al. v. Bayou Group LLC, et. al.* Following up on Attorney Lane Vines' letter of May 7, 2007, attached please find the Declarations of the remaining representative plaintiffs, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., as per Your Honor's instructions in the Response To April 19, 2007 Letter [Doc. No. 77].

Respectfully submitted,

Neal A. DeYoung

cc: Counsel of Record (Via ECF filing)
    Attachment