Bradley D. Simon (BS 3406)
Brian D. Waller (BW 7163)
Jeremy M. Weintraub (JW 4483)
SIMON & PARTNERS LLP
30 Rockefeller Plaza, 42nd Floor
New York, New York 10012
(212) 332-8900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re: Bayou Hedge Funds           :     06-md-01755   (CM) (MDF)
Investment Litigation              :
------------------------------------------------------X
This Document Relates To:          :
Broad-Bussel Family Limited        :
Partnership, et al.,               :     06-cv-3026   (CM) (MDF)
                                   :
         v.                        :
                                   :
Bayou Group, LLC, et al.           :
------------------------------------------------------X

## Notice of Appearance

TO THE CLERK OF THE COURT:

Please enter my appearance, Bradley D. Simon of Simon & Partners LLP, as counsel in this case for defendant James G. Marquez. I certify that I was admitted to practice in the Southern District of New York on August 9, 1983.

Dated: New York, New York
       April 13, 2007

                                      /s Bradley D. Simon
                                     Bradley D. Simon (BS 3406)
                                     SIMON & PARTNERS LLP
                                     30 Rockefeller Plaza, 42nd Floor
                                     New York, New York 10012
                                     (212) 332-8900

                                     *Attorneys for Defendant James G. Marquez*