UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
IN RE BAYOU HEDGE FUND INVESTMENT : MDL No. 1755 (CM)
LITIGATION :
:
---------------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
---------------------------------------------------------------- X
:
BROAD-BUSSEL FAMILY LIMITED : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE, :
MICHELSOHN, MICHELLE MICHELSOHN, and : **NOTICE OF DEFENDANT**
HERBERT BLAINE LAWSON, JR., Individually : **CITIBANK, N.A.'S MOTION FOR**
and on Behalf of All Other Persons and Entities : **ENTRY OF A FINAL JUDGMENT**
Similarly Situated, : **PURSUANT TO FED. R. CIV. P.**
: **54(b)**
Plaintiffs, :
:
- against - : **ELECTRONICALLY FILED**
:
BAYOU GROUP LLC, et al., :
:
Defendants. :
:
---------------------------------------------------------------- X

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of John K. Van De Weert and exhibits thereto, and all of the pleadings and prior proceedings herein, the undersigned will move the Court, at a time and date convenient to the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for entry of a final judgment pursuant to Fed. R. Civ. P. 54(b), and a finding that there is no just reason for delay, with respect to the dismissal of the claims asserted by Plaintiffs against Citibank, N.A. by this Court's September 6, 2006 Memorandum Decision and Order.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), plaintiffs' answering memorandum, if any, shall be served within ten business days of service of

the moving papers, and a reply memorandum, if any, shall be served within five business days of service of any answering memorandum.

Dated: May 29, 2007                                  Respectfully submitted,

                                                     SIDLEY AUSTIN LLP


                                                     By: ___/s/ John K. Van De Weert___
                                                         Benjamin R. Nagin (BN 0539)
                                                         Catherine B. Winter (CW 3053)
                                                         787 Seventh Avenue
                                                         New York, New York 10019
                                                         (212) 839-5300
                                                         (212) 839-5599 (fax)

                                                         Mark B. Blocker
                                                         (admitted *pro hac vice*)
                                                         Sidley Austin LLP
                                                         One South Dearborn Street
                                                         Chicago, Illinois 60603
                                                         (312) 853-7000
                                                         (312) 853-7036 (fax)

                                                         John K. Van De Weert
                                                         (admitted *pro hac vice*)
                                                         Sidley Austin LLP
                                                         1501 K Street, N.W.
                                                         Washington, D.C. 20005
                                                         (202) 736-8000
                                                         (202) 736-8711 (fax)

                                                     *Counsel for Defendant Citibank, N.A.*

**CERTIFICATE OF SERVICE**

        I hereby certify that on May 29, 2007, a copy of the Notice of Citibank, N.A.'s Motion for Entry of a Final Judgment Pursuant to Fed. R. Civ. P. 54(b) was filed electronically and served by U.S. mail, first class postage prepaid, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ John K. Van De Weert
                                                John K. Van De Weert