CLOSED, EFILE

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:05-cv-01762-JBA

| | |
|---|---|
| Broad-Bussel Family LP et al v. Bayou Group LLC et al | Date Filed: 11/17/2005 |
| Assigned to: Judge Janet Bond Arterton | Date Terminated: 04/27/2006 |
| Cause: 28:1332 Diversity-Fraud | Jury Demand: Plaintiff |
| | Nature of Suit: 370 Fraud or Truth-In-Lending |
| | Jurisdiction: Diversity |

**Plaintiff**

**Broad-Bussel Family LP**  represented by  **Lane L. Vines**
*Ind & o/b/o all other persons & entities similarly situated*

Berger & Montague
1622 Locust St.
Philadelphia, PA 19103
215 875-4658
Fax: 215-875-4604
Email: lvines@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence J. Lederer**
Berger & Montague
1622 Locust St.
Philadelphia, PA 19103
215-875-4625
Fax: 215-875-4604
Email: llederer@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Merrill G. Davidoff**
Berger & Montague
1622 Locust St.
Philadelphia, PA 19103
215 875-3084
Fax: 215-875-4604
Email: mdavidoff@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal A. DeYoung**
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
203-336-4421

Fax: 203-368-3244
Email: ndeyoung@koskoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Louise Michelsohn**      represented by **Lane L. Vines**
*Ind & o/b/o all other persons & entities*      (See above for address)
*similarly situated*      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

**Lawrence J. Lederer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Merrill G. Davidoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal A. DeYoung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Michelsohn**      represented by **Lane L. Vines**
*Ind & o/b/o all other persons & entities*      (See above for address)
*similarly situated*      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

**Lawrence J. Lederer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Merrill G. Davidoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal A. DeYoung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Blaine Lawson, Jr.**     represented by **Lane L. Vines**
*Ind & o/b/o all other persons & entities*                  (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence J. Lederer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Merrill G. Davidoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal A. DeYoung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bayou Group LLC**

**Defendant**

**Bayou Mgmt LLC**

**Defendant**

**Bayou Fund LLC**

**Defendant**

**Bayou Super Fund LLC**

**Defendant**

**Bayou No Leverage Fund LLC**

**Defendant**

**Bayou Affiliates Fund LLC**

**Defendant**

**Bayou Accredited Fund LLC**

**Defendant**

**Bayou Offshore Fund LLC**

**Defendant**

**Bayou Partners LLC**

**Defendant**

**Bayou Securities LLC**

**Defendant**

**Bayou Securities, Ltd**

**Defendant**

**Bayou Advisors, LLC**

**Defendant**

**Bayou Equities, LLC**

**Defendant**

**IM Partners**

**Defendant**

**IMG, LLC**

**Defendant**

**Samuel Israel, III.**

**Defendant**

**Daniel E. Marino**

**Defendant**

**Richmond-Fairfield Assoc, CPA, PLLC**

**Defendant**

| | |
|---|---|
| **James G. Marquez** | represented by **Michael G. Considine**<br>Day Pitney LLP-Stmfd-CT<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>203-977-7330<br>Fax: 203-977-7301<br>Email: mgconsidine@daypitney.com<br>*ATTORNEY TO BE NOTICED* |
| | **Stanley A. Twardy, Jr.**<br>Day Pitney LLP-Stmfd-CT<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>203-977-7368<br>Fax: 203-977-7301<br>Email: satwardy@dbh.com<br>*ATTORNEY TO BE NOTICED* |
| | **Terence J. Gallagher, III.**<br>Day Pitney LLP-Stmfd-CT<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>203-977-7300<br>Fax: 203-977-7301<br>Email: tjgallagher@daypitney.com<br>*ATTORNEY TO BE NOTICED* |
| | **Thomas D. Goldberg**<br>Day Pitney LLP-Stmfd-CT<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>203-977-7383<br>Fax: 203-977-7301<br>Email: tdgoldberg@daypitney.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Jeffrey D. Fotta** | represented by **Howard K. Levine**<br>Carmody & Torrance<br>195 Church St., PO Box 1950<br>18th Floor<br>New Haven, CT 06509-1950<br>203-784-3102<br>Fax: 203-784-3199<br>Email: hlevine@carmodylaw.com<br>*LEAD ATTORNEY* |

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **J. Christopher Rooney**<br>Carmody & Torrance<br>195 Church St., PO Box 1950<br>18th Floor<br>New Haven, CT 06509-1950<br>203-777-5501<br>Fax: 203-784-3199<br>Email: crooney@carmodylaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Eqyty Research & Mgmt, LLC | represented by **Howard K. Levine**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **J. Christopher Rooney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Eqyty Research & Mgmt Ltd | represented by **Howard K. Levine**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **J. Christopher Rooney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Citibank NA | represented by **E. Gates Garrity-Rokous**<br>GE Consumer & Industrial<br>41 Woodford Ave.<br>Plainville, CT 06062<br>203-749-6936<br>Email: gates.garrity-rokous@ge.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **John K. Van De Weert**<br>Sidley Austin LLP-K St-DC<br>1501 K Street, N.W.<br>Washington, DC 20005<br>202-736-8094 |

Fax: 202-736-8711
Email: jvandeweert@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark B. Blocker**
Sidley Austin LLP - CH, IL
One South Dearborn
Chicago, IL 60603
312-853-6097
Fax: 312-853-7036
Email: mblocker@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hennessee Group LLC**     represented by   **Lawrence E. Fenster**
Bressler, Amery & Ross, P.C. - NY
17 State Street
New York, NY 10004
212-425-9300
Fax: 212-425-9337
Email: lfenster@bressler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc J. Grenier**
DePanfilis & Vallerie
25 Belden Ave., PO Box 699
Norwalk, CT 06852-0699
203-846-9585
Email: marcgrenier@depanfilisandvallerie.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Plant**
Bressler, Amery & Ross, P.C. - NY
17 State Street
New York, NY 10004
212-425-9300
Fax: 212-425-9337
Email: mplant@bressler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Lee Hennessee**     represented by   **Lawrence E. Fenster**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc J. Grenier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Plant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles J. Gradante** represented by **Lawrence E. Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc J. Grenier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Plant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sterling Stamos Capital Mgmt, LP** represented by **James E. Breitenbucher**
Schulte, Roth & Zabel, LLP-NY
919 Third Avenue
New York, NY 10022
212-756-2000
Fax: 212-593-5955
Email: James.Breitenbucher@srz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. McHugh**
Finn Dixon & Herling
One Landmark Sq.
Ste. 1400
Stamford, CT 06901
203-325-5000
Fax: 203-348-5777
Email: pmchugh@fdh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sung-Hee Suh**
Schulte, Roth & Zabel, LLP-NY
919 Third Avenue
New York, NY 10022
212-756-2000
Fax: 212-593-5955
Email: Sung-Hee.Suh@srz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Morten Tong**
Finn Dixon & Herling
One Landmark Sq.
Ste. 1400
Stamford, CT 06901
203-325-5089
Email: wtong@fdh.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Faust Rabbach & Oppenheim LLP**

**Defendant**

**Steven D. Oppenheim**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2005 | 1 | COMPLAINT against all defendants ( Filing fee $250 receipt number B011171.), filed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. (Attachments: # 1 Complaint.part2)(Beverley, T.) (Entered: 11/18/2005) |
| 11/17/2005 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 2/17/06. Amended Pleadings due by 1/16/2006. Discovery due by 5/19/2006. Dispositive Motions due by 6/18/2006. Signed by Clerk on 11/17/05. (Beverley, T.) (Entered: 11/18/2005) |
| 11/17/2005 | 3 | ELECTRONIC FILING ORDER. Signed by Judge Janet Bond Arterton on 11/17/05. (Beverley, T.) (Entered: 11/18/2005) |
| 11/17/2005 | 4 | NOTICE of Appearance by William M. Bloss on behalf of Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr (Beverley, T.) (Entered: 11/18/2005) |
| 11/18/2005 |  | Summons Issued as to Bayou Group LLC, Bayou Mgmt LLC, Bayou Fund LLC, Bayou Super Fund LLC, Bayou No Leverage Fund LLC, Bayou Affiliates Fund LLC, Bayou Accredited Fund LLC, Bayou Offshore Fund LLC, Bayou Partners LLC, Bayou Securities LLC, Bayou Securities, Ltd, Bayou Advisors, LLC, Bayou Equities, LLC, IM Partners, IMG, LLC, Samuel Israel, III, Daniel E. Marino, Richmond- |

|  |  |  |
|---|---|---|
|  |  | Fairfield Assoc, CPA, PLLC, James G. Marquez, Jeffrey D. Fotta, Eqyty Research & Mgmt, LLC, Eqyty Research & Mgmt Ltd, Citibank NA, Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante, Sterling Stamos Capital Mgmt, LP. (Beverley, T.) (Entered: 11/18/2005) |
| 12/08/2005 | 5 | NOTICE of Appearance by Patrick J. McHugh on behalf of Sterling Stamos Capital Mgmt, LP (McHugh, Patrick) (Entered: 12/08/2005) |
| 12/08/2005 | 6 | NOTICE of Appearance by William Morten Tong on behalf of Sterling Stamos Capital Mgmt, LP (Tong, William) (Entered: 12/08/2005) |
| 12/09/2005 | 7 | First MOTION for Pre-Motion Conference by Sterling Stamos Capital Mgmt, LP. (McHugh, Patrick) (Entered: 12/09/2005) |
| 12/12/2005 | 9 | MOTION for Leave to Appear pro hac vice Attorney Sung-Hee Suh. Filing Fee $25.00. Receipt Number H017187. by Sterling Stamos Capital Mgmt, LP. (Torday, B.) (Entered: 12/13/2005) |
| 12/12/2005 | 10 | MOTION for Leave to Appear pro hac vice Attorney James Breitenbucher. Filing Fee $25.00. Receipt Number H017187. by Sterling Stamos Capital Mgmt, LP. (Torday, B.) (Entered: 12/13/2005) |
| 12/13/2005 | 8 | ORDER granting 7 Motion for Pre-Motion Conference. A telephonic pre-filing conference will be held January 5, 2006 at 1:30 PM. Attorney McHugh shall initiate the conference call. Chambers: 203-773-2456. Signed by Judge Janet Bond Arterton on 12/13/05. (Tooker, A.) (Entered: 12/13/2005) |
| 12/13/2005 | 11 | ORDER granting 9 Motion to Appear pro hac vice, granting 10 Motion to Appear pro hac vice . Signed by Clerk on 12/13/05. (Torday, B.) (Entered: 12/13/2005) |
| 12/13/2005 |  | Set Deadlines/Hearings: Telephonic Prefiling Conference set for 1/5/2006 01:30 PM before Judge Janet Bond Arterton. (Torday, B.) (Entered: 12/21/2005) |
| 12/22/2005 | 12 | NOTICE by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn re 1 Complaint *Agreed-Upon Extension of Time* (Bloss, William) (Entered: 12/22/2005) |
| 12/22/2005 | 13 | NOTICE of Appearance by Marc J. Grenier on behalf of Charles J. Gradante *Dated December 22, 2005* (Grenier, Marc) (Entered: 12/22/2005) |
| 12/22/2005 | 14 | NOTICE of Appearance by Marc J. Grenier on behalf of Elizabeth Lee Hennessee *dated December 22, 2005* (Grenier, Marc) (Entered: 12/22/2005) |
| 12/22/2005 | 15 | ENTERED IN ERROR: NOTICE of Appearance by Marc J. Grenier on behalf of Hennessee Group LLC *dated December 22, 2005* (Grenier, Marc) Modified on 12/23/2005 (Brown, S.). (Entered: 12/22/2005) |
| 12/22/2005 | 16 | Joint MOTION for Extension of Time to 1/31/06 to Repond to 1 Complaint by Jeffrey D. Fotta, Broad-Bussel Family LP, Eqyty Research |

| | | |
|---|---|---|
| | | & Mgmt, LLC, Eqyty Research & Mgmt Ltd, Marie Louise Michelsohn, Michelle Michelsohn. Corrects docket entry #12(Brown, S.) (Entered: 12/23/2005) |
| 12/27/2005 | 17 | MOTION for Pre-motion Conference *dated December 27, 2005* by Charles J. Gradante. (Grenier, Marc) (Entered: 12/27/2005) |
| 12/27/2005 | 18 | MOTION for Pre-motion Conference *dated December27, 2005* by Elizabeth Lee Hennessee. (Grenier, Marc) (Entered: 12/27/2005) |
| 12/27/2005 | 19 | MOTION for Pre-motion Conference *dated December 27, 2005* by Hennessee Group LLC. (Grenier, Marc) (Entered: 12/27/2005) |
| 12/27/2005 | 26 | MOTION for Leave to Appear Pro Hac Vice Attorney Lawrence E. Fenster by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. Filing Fee $25.00. Receipt Number 1011370. (Ghilardi, K.) (Entered: 01/04/2006) |
| 12/27/2005 | 27 | MOTION for Leave to Appear Pro Hac Vice Attorney Lawrence E. Fenster by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. Filing Fee $25.00. Receipt Number 1011370. (Ghilardi, K.) (Entered: 01/04/2006) |
| 12/27/2005 | 28 | MOTION for Leave to Appear Pro Hac Vice Attorney Matthew Plant by Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante. Filing Fee $25.00. Receipt Number 1011370. (Ghilardi, K.) (Entered: 01/04/2006) |
| 12/28/2005 | 20 | ORDER granting 17 Motion for Conference, granting 18 Motion for Conference, granting 19 Motion for Conference. Defendants' telephonic pre-filing conferences will be held concurrently on January 5, 2006 at 1:30 PM with the previously-scheduled pre-filing conference. Signed by Judge Janet Bond Arterton on 12/28/05. (Tooker, A.) (Entered: 12/28/2005) |
| 12/28/2005 | 21 | ORDER granting 16 Motion for Extension of Time 1 within which to file an Answer to the Complaint, with consent, to and including 1/31/2006. Signed by Judge Janet Bond Arterton on 12/28/05. (Tooker, A.) (Entered: 12/28/2005) |
| 12/28/2005 | | Answer deadline updated for Jeffrey D. Fotta to 1/31/2006; Eqyty Research & Mgmt, LLC to 1/31/2006; Eqyty Research & Mgmt Ltd to 1/31/2006. (Torday, B.) (Entered: 01/10/2006) |
| 12/29/2005 | 22 | MOTION for Leave for Attorney Lawrence J. Lederer to Appear Pro Hac Vice. Filing Fee $25.00. Receipt Number N017313. by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. (Rodko, B.) (Entered: 12/30/2005) |
| 12/29/2005 | 23 | MOTION for Leave for Attorney Merrill G. Davidoff to Appear Pro Hac Vice. Filing Fee $25.00. Receipt Number N017313. by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. (Rodko, B.) (Entered: 12/30/2005) |
| | | |

| | | |
|---|---|---|
| 12/29/2005 | 24 | MOTION for Leave for Attorney Lane L. Vines to Appear Pro Hac Vice. Filing Fee $25.00. Receipt Number N017313. by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. (Rodko, B.) (Entered: 12/30/2005) |
| 12/30/2005 | 25 | ORDER granting 22 Motion for Leave for Attorney Lawrence J. Lederer to Appear Pro Hac Vice, granting 23 Motion for Leave for Attorney Merrill G. Davidoff to Appear Pro Hac Vice, granting 24 Motion for Leave for Attorney Lane L. Vines to Appear Pro Hac Vice . Signed by Clerk on 12/30/05. (Rodko, B.) (Entered: 12/30/2005) |
| 01/04/2006 | 29 | Ordered Accordingly 26 Motion to Appear Pro Hac Vice of Lawrence E. Fenster, Ordered Accordingly 28 Motion to Appear Pro Hac Vice of Matthew Plant. Signed by Clerk on 1/4/2006. (Ghilardi, K.) (Entered: 01/04/2006) |
| 01/04/2006 | 30 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn. Bayou Accredited Fund LLC served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 31 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Affiliates Fund LLC served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 32 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Fund LLC served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 33 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Group LLC served on 11/29/2005, answer due 12/19/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 34 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Mgmt LLC served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 35 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou No Leverage Fund LLC served on 11/29/2005, answer due 12/19/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 36 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Offshore Fund LLC served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 37 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. |

|  |  |  |
|---|---|---|
|  |  | Bayou Partners LLC served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 38 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Securities LLC served on 11/28/2005, answer due 12/18/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 39 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Securities, Ltd served on 11/29/2005, answer due 12/19/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 40 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Bayou Super Fund LLC served on 11/29/2005, answer due 12/19/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 41 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Citibank NA served on 12/5/2005, answer due 12/25/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 42 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Eqyty Research & Mgmt Ltd served on 11/28/2005, answer due 12/18/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 43 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Charles J. Gradante served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 44 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Hennessee Group LLC served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 45 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Elizabeth Lee Hennessee served on 11/30/2005, answer due 12/20/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 46 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Richmond-Fairfield Assoc, CPA, PLLC served on 11/28/2005, answer due 12/18/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/04/2006 | 47 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Sterling Stamos Capital Mgmt, LP served on 11/29/2005, answer due 12/19/2005. (Bloss, William) (Entered: 01/04/2006) |
| 01/06/2006 | 49 | NOTICE of Appearance by E. Gates Garrity-Rokous on behalf of |

|  |  |  |
|---|---|---|
|  |  | Citibank NA (Brown, S.) (Entered: 01/10/2006) |
| 01/09/2006 | 48 | SCHEDULING ORDER: Amended Complaint due by 3/6/2006. Rule 26 Meeting Report due by 3/20/2006, Motions to Dismiss due 5/8/06.. Signed by Judge Janet Bond Arterton on 1/6/06. (Brown, S.) (Entered: 01/09/2006) |
| 01/13/2006 | 50 | First MOTION for Clarification of 48 Scheduling Order by Broad-Bussel Family LP. (Attachments: # 1 Certification)(Bloss, William) Modified on 1/17/2006 - created link to order (Rodko, B.). (Entered: 01/13/2006) |
| 01/13/2006 | 51 | ORDER granting 50 Motion for Clarification, absent objection, to and including 20 days following filing of the Amended Complaint. Plaintiffs' Motion for Class Certification shall be filed on or before March 20, 2006. Signed by Judge Janet Bond Arterton on 1/13/06. (Tooker, A.) (Entered: 01/13/2006) |
| 01/13/2006 | 55 | MOTION for Leave to Appear Pro Hac Vice Attorney Mark B. Blocker by Citibank NA. Filing Fee $25.00. Receipt Number N017448. (Inferrera, L.) (Entered: 01/17/2006) |
| 01/13/2006 | 57 | MOTION for Leave to Appear Pro Hac Vice Attorney John K. Van De Weert by Citibank NA. Filing Fee $25.00. Receipt Number N017441. (Inferrera, L.) (Entered: 01/17/2006) |
| 01/16/2006 | 52 | NOTICE of Appearance by Howard K. Levine on behalf of Jeffrey D. Fotta, Eqyty Research & Mgmt, LLC, Eqyty Research & Mgmt Ltd (Levine, Howard) (Entered: 01/16/2006) |
| 01/16/2006 | 53 | Corporate Disclosure Statement by Eqyty Research & Mgmt, LLC, Eqyty Research & Mgmt Ltd. (Levine, Howard) (Entered: 01/16/2006) |
| 01/16/2006 | 54 | NOTICE of Appearance by J. Christopher Rooney on behalf of Jeffrey D. Fotta, Eqyty Research & Mgmt, LLC, Eqyty Research & Mgmt Ltd (Rooney, J.) (Entered: 01/16/2006) |
| 01/17/2006 | 56 | ORDER Ordered Accordingly 55 Motion to Appear Pro Hac Vice of Attorney Mark B. Blocker . Signed by Clerk on 1/17/06. (Inferrera, L.) (Entered: 01/17/2006) |
| 01/17/2006 | 58 | ORDER Ordered Accordingly 57 Motion to Appear Pro Hac Vice of John K. Van De Weert . Signed by Clerk on 1/17/06. (Inferrera, L.) (Entered: 01/17/2006) |
| 01/18/2006 | 59 | NOTICE of Appearance by John K. Van De Weert on behalf of Citibank NA (Van De Weert, John) (Entered: 01/18/2006) |
| 01/18/2006 | 60 | NOTICE of Appearance by Mark B. Blocker on behalf of Citibank NA (Blocker, Mark) (Entered: 01/18/2006) |
| 01/23/2006 | 61 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. Daniel E. Marino served on 1/10/2006, answer due 1/30/2006. (Inferrera, L.) (Entered: 01/25/2006) |

| | | |
|---|---|---|
| 01/23/2006 | 62 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. of Daniel E. Marino c/o Andrew Bowman, Esq (Inferrera, L.) (Entered: 01/25/2006) |
| 01/23/2006 | 63 | SUMMONS Returned Executed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. James G. Marquez served on 1/10/2006, answer due 1/30/2006. (Inferrera, L.) (Entered: 01/25/2006) |
| 01/30/2006 | 64 | NOTICE of Appearance by Stanley A. Twardy, Jr on behalf of James G. Marquez (Twardy, Stanley) (Entered: 01/30/2006) |
| 01/30/2006 | 65 | NOTICE of Appearance by Thomas D. Goldberg on behalf of James G. Marquez (Goldberg, Thomas) (Entered: 01/30/2006) |
| 01/30/2006 | 66 | NOTICE of Appearance by Michael G. Considine on behalf of James G. Marquez (Considine, Michael) (Entered: 01/30/2006) |
| 01/30/2006 | 67 | NOTICE of Appearance by Terence J. Gallagher, III on behalf of James G. Marquez (Gallagher, Terence) (Entered: 01/30/2006) |
| 02/28/2006 | 68 | TRANSCRIPT of Proceedings held on 1/5/06 before Judge Arterton. Court Reporter: Montini. (Torrenti, R.) (Entered: 03/01/2006) |
| 03/02/2006 | 69 | MOTION 30 day extension *modify SO* by Broad-Bussel Family LP.Responses due by 3/23/2006 (Bloss, William) (Entered: 03/02/2006) |
| 03/03/2006 | 71 | Endorsement ORDER granting 69 Motion to Modify Scheduling Order . Signed by Judge Janet Bond Arterton on 3/3/06. (Brown, S.) (Entered: 03/06/2006) |
| 03/06/2006 | | Terminated response deadline (Brown, S.) (Entered: 03/06/2006) |
| 03/06/2006 | 70 | NOTICE of Appearance by Neal DeYoung on behalf of Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr (Bloss, William) Modified on 3/7/2006 (Brown, S.). (Entered: 03/06/2006) |
| 03/06/2006 | 72 | AMENDED COMPLAINT against Bayou Group LLC, Bayou Mgmt LLC, Bayou Fund LLC, Bayou Super Fund LLC, Bayou No Leverage Fund LLC, Bayou Affiliates Fund LLC, Bayou Accredited Fund LLC, Bayou Offshore Fund LLC, Bayou Partners LLC, Bayou Securities LLC, Bayou Securities, Ltd, Bayou Advisors, LLC, Bayou Equities, LLC, IM Partners, IMG, LLC, Samuel Israel, III, Daniel E. Marino, Richmond-Fairfield Assoc, CPA, PLLC, James G. Marquez, Jeffrey D. Fotta, Eqyty Research & Mgmt, LLC, Eqyty Research & Mgmt Ltd, Citibank NA, Hennessee Group LLC, Elizabeth Lee Hennessee, Charles J. Gradante, filed by Broad-Bussel Family LP, Marie Louise Michelsohn, Michelle Michelsohn, Herbert Blaine Lawson, Jr. (Attachments: # 1 Appendix Second part of Amended Complaint# 2 Appendix Final portion of Amended Complaint)(Bloss, William) (Entered: 03/06/2006) |
| 03/07/2006 | | Docket Entry Correction re 70 Notice of Appearance, added Neal |

| | | |
|---|---|---|
| | | DeYoung as attorney of record (Brown, S.) (Entered: 03/07/2006) |
| 03/20/2006 | 73 | Consent MOTION for Extension of Time until 30 days after the Multi District Litigation Panel in Las Vegas, Nevada rules on pending motions to file 26(f) Report 48 Scheduling Order by Jeffrey D. Fotta, Eqyty Research & Mgmt, LLC, Eqyty Research & Mgmt Ltd. (Levine, Howard) (Entered: 03/20/2006) |
| 03/21/2006 | 74 | Endorsement ORDER granting 73 Motion for Extension of Time to 30 days after Order of MDL Panel to file 26f Report . Signed by Judge Janet Bond Arterton on 3/21/06. (Brown, S.) (Entered: 03/21/2006) |
| 04/24/2006 | | Summons Issued as to Faust Rabbach & Oppenheim LLP, Steven D. Oppenheim. (Pesta, J.) (Entered: 04/24/2006) |
| 04/24/2006 | 75 | Transfer ORDER. Case transferred to Southern District of New York @ NY, . Signed by Marcus Quintero, MDL Clerk on 4/18/06. (Brown, S.) Additional attachment(s) added on 4/26/2006 (Brown, S.). (Entered: 04/26/2006) |
| 04/26/2006 | 76 | Docket Entry Correction re 75 Transfer Order; modified by adding attachment (Brown, S.) (Entered: 04/26/2006) |
| 04/27/2006 | | Case transfered to the Southern District of New York @ New York. Original file consisting of [68] Transcript, certified copy of docket sheet, copy of request for record and copy of certified Order of Transfer sent via UPS. (Brown, S.) (Entered: 04/27/2006) |
| 05/10/2006 | 77 | Acknowledgement of Receipt of Case Transfered Out to Southern District of New York @ New York, received 5/8/06, new case #6md1755. (Brown, S.) (Entered: 05/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/29/2007 08:12:58 | | | |
| **PACER Login:** | sa0034 | **Client Code:** | 19265-40370-19181 |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-01762-JBA |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |