**WDREF, Lead, MDisCs, APPEAL, FeeDueAP, PENAP**

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
### Bankruptcy Petition #: 06-22306-ash

*Assigned to:* Judge Adlai S. Hardin Jr.
Chapter 11
Voluntary
Asset

*Date Filed:* 05/30/2006

*Debtor*
**Bayou Group, LLC**
Jeff J. Marwil
c/o Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tax id: 300313522

represented by **Brendan M. Scott**
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017
(212) 972-3000
Fax : (212) 972-2245
Email: bscott@klestadt.com

**Brian L. Shaw**
Shaw Gussis Fishman Glantz Wolfson
321 N. Clark Street
Suite 800
Chicago, IL 60610
(312) 666-2833
Fax : (312) 275-0551
Email: bshaw100@shawgussis.com

**Elise Scherr Frejka**
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
212.649.8734
Fax : 212.698.3599
Email: elise.frejka@dechert.com

**Gary J. Mennitt**
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3831
Fax : 212.698.3599
Email: gary.mennitt@dechert.com

|  |  |
|---|---|
|  | **Michael L. Cook**<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>Fax : (212) 593-5955<br>Email: michael.cook@srz.com |
|  | **Tracy L. Klestadt**<br>Klestadt & Winters, LLP<br>292 Madison Avenue<br>17th Floor<br>New York, NY 10017-6314<br>(212) 972-3000<br>Fax : (212) 972-2245<br>Email: tklestadt@klestadt.com |
| *U.S. Trustee*<br>**United States Trustee**<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 | represented by **Lisa L. Lambert**<br>Office of the United State Trustee<br>271 Cadman Plaza East, Suite 4529<br>Brooklyn, NY 11201<br>718-422-4960<br>Fax : 718-422-4990<br>Email: Lisa.L.Lambert@usdoj.gov |
| *Claims and Noticing Agent*<br>**Claims Agent, The Trumbull Group, LLC**<br>4 Griffin Road North<br>Windsor, CT 06095 |  |
| *Creditor Committee*<br>**Official Unsecured Creditors' Committee** | represented by **Joseph A. Gershman**<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br>Fax : (212) 506-1800<br>Email: jgershman@kasowitz.com |
|  | **Philip M. Guess**<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |

(206) 623-7580
Fax : (206) 623-7022
Email: philg@klgates.com

**Robert M. Novick**
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
21st Floor
New York, NY 10019
(212) 506-1700
Fax : (212) 506-1800
Email: rnovick@kasowitz.com

**Scott Howard Bernstein**
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166
(212) 309-1260
Email: sbernstein@hunton.com

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 03/27/2007 | 348 | Notice of Presentment *of Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006* filed by Steven D. Usdin on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. with presentment to be held on 4/6/2007 (check with court for location) Objections due by 4/3/2007, (Usdin, Steven) (Entered: 03/27/2007) |
| 03/27/2007 | 349 | Application for FRBP 2004 Examination *Directing the Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006 (related document 348)* filed by Steven D. Usdin on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. with presentment to be held on 4/6/2007 (check with court for location) Responses due by 4/3/2007, (Attachments: # 1 Proposed Order) (Usdin, Steven) (Entered: 03/27/2007) |
| 03/27/2007 | 356 | Civil Cover Sheet from U.S. District Court, Case Number: 0702474 Judge WP4 (related document(s)341) filed by Richard M. Allen on |

| | | |
|---|---|---|
| | | behalf of Samuel E Christen. (Colon, Gwen) (Entered: 03/30/2007) |
| 03/27/2007 | 357 | Transcript *Of Hearing Held On December 28, 2006 At 10:45 AM, Re: Fee Application Hearing* (related document(s)290) filed by Rand Transcript Service, Inc.. (Braithwaite, Kenishia) (Entered: 03/30/2007) |
| 03/28/2007 | 350 | Certificate of Service (related document(s)348, 349) filed by Steven D. Usdin on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. (Usdin, Steven) (Entered: 03/28/2007) |
| 03/29/2007 | 351 | Notice of Conventional Filing of Transcript of Hearing Re: Motion To Dismiss Adversary Proceedings, filed by TypeWrite Word Processing Service. (Webb, Lonnie) Modified on 4/12/2007 (Correa, Mimi). (Entered: 03/29/2007) |
| 03/30/2007 | 352 | Motion to Approve *Settlement Agreement Between Debtors and ERF Hedge Fund, LLC* filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) Responses due by 4/18/2007, (Frejka, Elise) (Entered: 03/30/2007) |
| 03/30/2007 | 353 | Notice of Hearing (related document(s)352) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) Objections due by 4/18/2007, (Frejka, Elise) (Entered: 03/30/2007) |
| 03/30/2007 | 354 | Motion to Approve *Settlement Agreement Between the Debtors and Keith Arroyo* filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) Responses due by 4/18/2007, (Frejka, Elise) (Entered: 03/30/2007) |
| 03/30/2007 | 355 | Notice of Hearing (related document(s)354) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) Objections due by 4/18/2007, (Frejka, Elise) (Entered: 03/30/2007) |
| 04/02/2007 | 358 | Monthly Operating Report *for February 2007* filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. (Frejka, Elise) (Entered: 04/02/2007) |
| 04/02/2007 | 366 | Transcript *Of Hearing Held On July 13, 2006, Re: Motion To Retain Counsel* filed by Rand Transcript Service, Inc.. (Braithwaite, Kenishia) (Entered: 04/05/2007) |
| | | |

| | | |
|---|---|---|
| 04/03/2007 | 359 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Musser, Hilary G.(Claim No.15, Amount 250,000.00). To Argo Partners. filed by Matthew Alexander Gold on behalf of Argo Partners.(Gold, Matthew) (Entered: 04/03/2007) |
| 04/03/2007 | 360 | Statement *and Limited Objection of the Debtors and Debtors-in-Possession in Response to Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006* (related document(s)348, 349) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. (Frejka, Elise) (Entered: 04/03/2007) |
| 04/03/2007 | 361 | Amended Notice of Appearance *Change of Firm Name and Address* filed by Stephanie Wickouski on behalf of High Sierra Investments. (Wickouski, Stephanie) (Entered: 04/03/2007) |
| 04/03/2007 | 362 | Amended Notice of Appearance *Change of Firm Name and Address* filed by Stephanie Wickouski on behalf of Bermuda Fund, L.P.. (Wickouski, Stephanie) (Entered: 04/03/2007) |
| 04/03/2007 | 363 | Amended Notice of Appearance *Change of Firm Name and Address* filed by Stephanie Wickouski on behalf of Rembrandt Partners, L.P.. (Wickouski, Stephanie) (Entered: 04/03/2007) |
| 04/03/2007 | 364 | Objection to Motion (related document(s)349) filed by Michael J. Connolly on behalf of Hennessee Group, LLC. (Connolly, Michael) (Entered: 04/03/2007) |
| 04/04/2007 | 365 | Order signed on 4/3/2007 Granting Application for FRBP 2004 Examination of Aris Partners. (Related Doc # 344) (Webb, Lonnie) Additional attachment(s) added on 4/4/2007 (Correa, Mimi). (Entered: 04/04/2007) |
| 04/05/2007 | 367 | Affidavit of Service *of the Trumbull Group, LLC Regarding the Statement and Limited Objection of the Debtors and Debtors-In-Possession in Response to Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006* (related document(s)360) filed by Claims Agent, The Trumbull Group, LLC. (Fallon, Craig) (Entered: 04/05/2007) |
| 04/05/2007 | 368 | Affidavit of Service *of the Trumbull Group, LLC Regarding the (i) Motion of the Debtors and Debtors-In-Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for an Order Authorizing and Approving Settlement Agreement [DE# 352], (ii) the Notice of Hearing on Motion of the Debtors and Debtors-In-* |

| | | |
|---|---|---|
| | | *Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for an Order Authorizing and Approving Settlement Agreement [DE# 353], (iii) the Motion of the Debtors and Debtors-In-Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for an Order Authorizing and Approving Settlement Agreement [DE# 354], and (iv) the Notice of Hearing on Motion of the Debtors and Debtors-In-Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for an Order Authorizing and Approving Settlement Agreement [DE# 355]* (related document(s)354, 355, 352, 353) filed by Claims Agent, The Trumbull Group, LLC. (Fallon, Craig) (Entered: 04/05/2007) |
| 04/10/2007 | 369 | Notice of Presentment */ Notice of Presentment of Stipulation and Order Withdrawing Claims Numbered 531, 532, 533 and 552* filed by Jonathan Koevary on behalf of Marilyn Lebowitz, Michael Lebowitz. with presentment to be held on 5/3/2007 at 12:00 PM at Courtroom 520, White Plains Office Objections due by 4/30/2007, (Koevary, Jonathan) (Entered: 04/10/2007) |
| 04/11/2007 | 370 | Affidavit of Service *of Vikrum Singh Panesar* (related document(s) 369) filed by Jonathan Koevary on behalf of Marilyn Lebowitz, Michael Lebowitz. (Koevary, Jonathan) (Entered: 04/11/2007) |
| 04/11/2007 | 371 | Objection */ Limited Objection of Altegris Investments, Inc. to Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006* (related document(s)349) filed by Lisa A. Dunsky on behalf of Altegris Investments, Inc.. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 520, White Plains Office (Dunsky, Lisa) (Entered: 04/11/2007) |
| 04/12/2007 | 372 | Objection */ Limited Objection of Lydian Wealth Management to Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006* (related document(s)349) filed by Jeremy M. Sher on behalf of Lydian Wealth Management. (Sher, Jeremy) (Entered: 04/12/2007) |
| 04/13/2007 | 373 | Motion to Shorten Time */Application for Order Shortening Notice of Hearing on The Motion of The Debtors and Debtors-In-Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for an Order Authorizing and Approving Settlement Agreement Between the Debtors and the Tom and Nancy Juda Living Trust* filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. (Attachments: # 1 Declaration of Elise Scherr Frejka Pursuant to Local Bankruptcy Rule 9077-1) (Frejka, Elise) (Entered: 04/13/2007) |
| | | |

| | | |
|---|---|---|
| 04/13/2007 | 374 | Notice of Hearing *regarding Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006 filed by Broad-Bussel Limited Partnership, Marie-Louise Michelson and Herbert Blaine Lawson, Jr., individually and on behalf of all other persons and entities similarly situation* (related document(s)349) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) (Frejka, Elise) (Entered: 04/13/2007) |
| 04/13/2007 | 375 | Order Scheduling Hearing signed on 4/13/2007 with Respect to Motion of the Plaintiffs/Debtors and Debtors-In-Possession for an Order Authorizing & Approving Settlement Agreement with the Tom and Nancy Juda Living Trust. (related document(s)373) A Hearing will be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB, One Bowling Green, Manhattan Bankruptcy Court. (Webb, Lonnie) (Entered: 04/13/2007) |
| 04/13/2007 | 376 | Motion to Approve Compromise */Motion of the Debtors and Debtors-In-Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Order Authorizing and Approving Settlement Agreement Between The Debtors and Tom and Nancy Juda Living Trust* (related document(s)375) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) (Frejka, Elise) (Entered: 04/13/2007) |
| 04/13/2007 | 377 | Affidavit of Service (related document(s)371) filed by Lisa A. Dunsky on behalf of Altegris Investments, Inc.. (Dunsky, Lisa) (Entered: 04/13/2007) |
| 04/13/2007 | 378 | Objection to Motion *Directing Production of Documents by Debtors Pursuant to Rule 2004* (related document(s)349) filed by Shea S. Wellford on behalf of Consulting Services Group, LLC. (Wellford, Shea) (Entered: 04/13/2007) |
| 04/18/2007 | 379 | Affidavit of Service *of the Trumbull Group, LLC Regarding the Notice of Hearing on the Motion of the Debtors and Debtors-In-Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Order Authorizing and Approving Settlement Agreement Between Debtors and Tom and Nancy Juda Living Trust* filed by Claims Agent, The Trumbull Group, LLC. (Fallon, Craig) (Entered: 04/18/2007) |
| 04/18/2007 | 380 | Affidavit of Service *of the Trumbull Group, LLC Regarding the (i) Motion of the Debtors and Debtors-In-Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Order Authorizing and Approving Settlement Agreement Between Debtors and Tom and Nancy Juda Living Trust, (ii) Notice of Hearing, and (iii) Order* |

| | | |
| --- | --- | --- |
| | | *Scheduling Hearing with Respect to Motion of the Plaintiffs/Debtors and Debtors-In-Possession for an Order Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Settlement Agreement with the Tom and Nancy Juda Living Trust* (related document(s)376, 375, 374) filed by Claims Agent, The Trumbull Group, LLC. (Fallon, Craig) (Entered: 04/18/2007) |
| 04/19/2007 | 381 | Application for Pro Hac Vice Admission *of Mark Pfeiffer, Esquire* filed by Steven R. Kramer on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. (Kramer, Steven) (Entered: 04/19/2007) |
| 04/19/2007 | | Receipt of Application for Pro Hac Vice Admission(06-22306-ash) [motion,122] ( 25.00) Filing Fee. Receipt number 4215076. Fee amount 25.00. (U.S. Treasury) (Entered: 04/19/2007) |
| 04/19/2007 | 382 | Letter *Dated April 19, 2007 Requesting Pre-Motion Conference Pursuant to Local Rule 7056-1(a)* filed by Carole Neville on behalf of Sonnenschein Investor Defendants. (Attachments: # 1 Certificate of Service)(Neville, Carole) (Entered: 04/19/2007) |
| 04/19/2007 | 383 | Affidavit of Service (related document(s)378) filed by Shea S. Wellford on behalf of Consulting Services Group, LLC. (Wellford, Shea) (Entered: 04/19/2007) |
| 04/19/2007 | 384 | Notice of Appearance *Notice of Substitution of Counsel* filed by Steven R. Kramer on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. (Kramer, Steven) (Entered: 04/19/2007) |
| 04/19/2007 | 385 | Response *to Statement and Limited Objection of the Debtors and Objections of Non-Debtor Third Parties in Response to Class Plaintiffs' Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by the Debtors and Enforcement of Protective Order dated August 23, 2006* filed by Steven R. Kramer on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. (Kramer, Steven) (Entered: 04/19/2007) |
| 04/20/2007 | 386 | Certificate of Service (related document(s)385) filed by Steven R. Kramer on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine |

| | | |
|---|---|---|
| | | Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. (Kramer, Steven) (Entered: 04/20/2007) |
| 04/20/2007 | 387 | Objection to Motion */Bayou Investor Defendants' Objection to Motion of the Debtors and Debtors in Possession Pursuant to Federal Rule of Bankruptcy Procedure 9019 for an Order Authorizing and Approving Settlement Agreement Between the Debtors and the Tom and Nancy Juda Living Trust* filed by Carole Neville on behalf of Sonnenschein Investor Defendants. (Attachments: # 1 Exhibit A# 2 Schedule A) (Neville, Carole) (Entered: 04/20/2007) |
| 04/20/2007 | 388 | Notice of Hearing *Notice of Agenda on Matters Scheduled for Hearing on April 23, 2007 at 2:00 P.M. in Courtroom 701, One Bowling Green* filed by Tracy L. Klestadt on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) (Klestadt, Tracy) (Entered: 04/20/2007) |
| 04/20/2007 | 389 | Objection to Motion *for an Order Authorizing and Approving a Settlement Agreement between the Debtors and the Tom and Nancy Juda Living Trust* (related document(s)376) filed by Bonnie Steingart on behalf of Tag Master Hedged Equity Fund, LLC, Triarc Companies, Inc., PCM Multi-Strategy Fund LP, Peter Haje, Harriet Rothfeld, Eric Rothfeld. with hearing to be held on 4/23/2007 at 02:00 PM at Courtroom 701 (PCB) (Steingart, Bonnie) (Entered: 04/20/2007) |
| 04/20/2007 | 390 | Objection to Motion */ Limited Objection of the Kramer Levin Defendants to Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006* (related document(s)349) filed by Jonathan Koevary on behalf of Kramer Levin Defendants. (Koevary, Jonathan) (Entered: 04/20/2007) |
| 04/20/2007 | 401 | Response to Motion */ Response to Statement and Limited Objection of the Debtors and Objections of Non-Debtor Third Parties in Repsonse to Class Plaintiffs' Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by the Debtors and Enforcement of Protective Order Dated August 23, 2006* filed by Gary M. Schildhorn on behalf of Broad-Bussel Family Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.; individually and on behalf of all other persons and entities similarly situated. (Ho, Amanda) (Entered: 05/02/2007) |
| 04/20/2007 | 402 | Objection */ Limited Objection Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by the Debtors and Enforcement of Protective Order* |

| | | |
|---|---|---|
| | | *Dated August 23, 2006* filed by Shea S. Wellford on behalf of Consulting Services Group, LLC. (Ho, Amanda) (Entered: 05/02/2007) |
| 04/23/2007 | 391 | Response to Motion */Debtors' Resonse to Objections to Motion to Pursuant to Federal Rule of Bankruptcy Procedure 9019 Authorizing and Approving Settlement Agreement Between the Debtors and the Tom and Nancy Juda Living Trust* (related document(s)376) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 03:00 PM at Courtroom 701 (PCB) (Frejka, Elise) (Entered: 04/23/2007) |
| 04/23/2007 | 392 | Letter */PLEASE NOTE TIME CHANGE/Revised Agenda for Hearing Scheduled on April 23, 2007 at 3:00 P.M. at One Bowling Green, Courtroom 701* (related document(s)354, 376, 349, 352) filed by Elise Scherr Frejka on behalf of Bayou Group, LLC. with hearing to be held on 4/23/2007 at 03:00 PM at Courtroom 701 (PCB) (Frejka, Elise) (Entered: 04/23/2007) |
| 04/23/2007 | 393 | Order signed on 4/23/2007 Granting Application for Pro Hac Vice Admission of Mark Pfeiffer (Related Doc # 381). (Correa, Mimi) (Entered: 04/23/2007) |
| 04/23/2007 | 394 | Affidavit of Service *of Vikrum Singh Panesar* (related document(s) 390) filed by Jonathan Koevary on behalf of Kramer Levin Defendants. (Koevary, Jonathan) (Entered: 04/23/2007) |
| 04/23/2007 | 395 | Application for Pro Hac Vice Admission *Clayton T. Hufft* filed by Steven M. Abramowitz on behalf of ERF Hedge Fund, LLC. (Abramowitz, Steven) (Entered: 04/23/2007) |
| 04/23/2007 | | Receipt of Application for Pro Hac Vice Admission(06-22306-ash) [motion,122] ( 25.00) Filing Fee. Receipt number 4219566. Fee amount 25.00. (U.S. Treasury) (Entered: 04/23/2007) |
| 04/24/2007 | 396 | Order signed on 4/23/2007 Granting Motion to Approve Settlement Agreement Between Debtors and ERF Hedge Fund, LLC (Related Doc # 352). Modified on 4/24/2007 (Correa, Mimi). Additional attachment(s) added on 4/25/2007 (Tavarez, Arturo). (Entered: 04/24/2007) |
| 04/24/2007 | 397 | Order signed on 4/23/2007 Granting Motion to Approve Settlement Agreement Between the Debtors and Keith Arroyo (Related Doc # 354). (Correa, Mimi) Additional attachment(s) added on 4/25/2007 (Tavarez, Arturo). (Entered: 04/24/2007) |
| 04/25/2007 | 398 | Certificate of Service *of Michael Birnbaum* (related document(s)389) |

| | | |
|---|---|---|
| | | filed by Bonnie Steingart on behalf of Peter Haje, PCM Multi-Strategy Fund LP, Eric Rothfeld, Harriet Rothfeld, Tag Master Hedged Equity Fund, LLC, Triarc Companies, Inc.. (Steingart, Bonnie) (Entered: 04/25/2007) |
| 04/26/2007 | 399 | Order signed on 4/26/2007 Granting Application for Compensation (Related Doc # 263) for Kasowitz, Benson, Torres & Friedman, LLP, fees awarded: $163,910.00, expense awarded: $2354.97, Granting Application for Compensation (Related Doc # 265) for Preston Gates Ellis & Rouvelas Meeds, LLP, fees awarded: $249,840.00, expense awarded: $7448.87 (Webb, Lonnie) Modified on 4/26/2007 (Correa, Mimi). (Entered: 04/26/2007) |
| 05/01/2007 | 400 | Letter --*First Supplemental Declaration of Richard A. Kirby* filed by Philip M. Guess on behalf of Official Unsecured Creditors' Committee. (Guess, Philip) (Entered: 05/01/2007) |
| 05/01/2007 | 404 | Transcript *Of Hearing Held On April 23, 2007, Re: Motion Of The Debtors And Debtors-In-Possession For Order Authorizing And Approving Settlement Agreement Between The Debtors And Tom And Nancy Juda Living Trust, etc...* (related document(s)392) filed by TypeWrite Word Processing Service. (Braithwaite, Kenishia) (Entered: 05/07/2007) |
| 05/04/2007 | 403 | So Ordered Stipulation signed on 5/3/2007 By and Between the Debtor and the Lebowitzes' Withdrawing Claims Numbered 531, 532, 533 and 552.. (Webb, Lonnie) (Entered: 05/04/2007) |
| 05/10/2007 | 405 | Adversary case 07-08243. Complaint against High Sierra Investments . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)) Filed by Bayou Superfund, LLC. (Mennitt, Gary) (Entered: 05/10/2007) |
| 05/10/2007 | 406 | Adversary case 07-08244. Complaint against John Barr III IRA, John Barr III . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)) Filed by Bayou No Leverage Fund, LLC. (Mennitt, Gary) (Entered: 05/10/2007) |
| 05/10/2007 | 407 | Adversary case 07-08245. Complaint against Neil D. Cohen . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)) Filed by Bayou Superfund, LLC. (Mennitt, Gary) (Entered: 05/10/2007) |
| 05/10/2007 | 408 | Adversary case 07-08246. Complaint against Edward Sorkin, Virginia Sorkin . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)) Filed by Bayou Accredited Fund, LLC. (Mennitt, Gary) (Entered: 05/10/2007) |
| | | |

| | | |
|---|---|---|
| 05/10/2007 | 409 | Adversary case 07-08247. Complaint against Trail Ridge Flatiron Fund, LP . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)) Filed by Bayou Superfund, LLC. (Mennitt, Gary) (Entered: 05/10/2007) |
| 05/10/2007 | 410 | Notice of Appearance filed by R. Frederick Linfesty on behalf of Iron Mountain Information Management, Inc.. (Attachments: # 1 Certificate of Service)(Linfesty, R.) (Entered: 05/10/2007) |
| 05/14/2007 | 411 | Order signed on 5/11/2007 DENYING Application for FRBP 2004 Examination directing the production of documents by the debtors and enforcement of protective order dated August 23, 2006. (Related Doc # 349) (Webb, Lonnie) (Entered: 05/14/2007) |
| 05/17/2007 | 412 | Notice of Withdrawal (related document(s)410) filed by R. Frederick Linfesty on behalf of Iron Mountain Information Management, Inc.. (Attachments: # 1 Certificate of Service)(Linfesty, R.) (Entered: 05/17/2007) |
| 05/18/2007 | 413 | Application for FRBP 2004 Examination *of R.J. O'Brien & Associates* filed by Brendan M. Scott on behalf of Bayou Group, LLC. with presentment to be held on 5/25/2007 (check with court for location) Responses due by 5/24/2007, (Scott, Brendan) (Entered: 05/18/2007) |
| 05/18/2007 | 414 | Application for FRBP 2004 Examination *of Wachovia Bank* filed by Brendan M. Scott on behalf of Bayou Group, LLC. with presentment to be held on 5/25/2007 (check with court for location) Responses due by 5/24/2007, (Scott, Brendan) (Entered: 05/18/2007) |
| 05/21/2007 | 415 | Statement *Amended Verified Statement of Drinker Biddle & Reath LLP Pursuant to Bankruptcy Rule 2019* filed by Stephanie Wickouski on behalf of Drinker Biddle & Reath LLP. (Wickouski, Stephanie) (Entered: 05/21/2007) |
| 05/21/2007 | 416 | Affidavit of Service (related document(s)415) filed by Stephanie Wickouski on behalf of Drinker Biddle & Reath LLP. (Wickouski, Stephanie) (Entered: 05/21/2007) |
| 05/22/2007 | 417 | Affidavit of Service *of the Trumbull Group, LLC Regarding the Notice of Presentment of Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing the Production of Documents by R.J. O Brien & Associates* filed by Claims Agent, The Trumbull Group, LLC. (Conklin, Timothy) (Entered: 05/22/2007) |
| 05/22/2007 | 418 | Affidavit of Service *of the Trumbull Group, LLC Regarding the* |

| | | | |
|---|---|---|---|
| | | | *Notice of Presentment of Application Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing the Production of Documents by Wachovia Bank* filed by Claims Agent, The Trumbull Group, LLC. (Conklin, Timothy) (Entered: 05/22/2007) |
| 05/25/2007 | | 419 | Order signed on 5/25/2007 Granting Application for FRBP 2004 Examination, Authorizing and Directing The Production of Documents by R.J. O'Brien & Associates. (Related Doc # 413) (Webb, Lonnie) (Entered: 05/25/2007) |
| 05/25/2007 | | 420 | Order signed on 5/25/2007 Granting Application for FRBP 2004 Examination, Authorizing and Directing The Production of Documents by Wachovia Bank. (Related Doc # 414) (Webb, Lonnie) (Entered: 05/25/2007) |
| 05/25/2007 | | 421 | Application for FRBP 2004 Examination *of Robeco, Weiss, Peck & Greer, LLC* filed by Brendan M. Scott on behalf of Bayou Group, LLC. with presentment to be held on 6/1/2007 (check with court for location) Responses due by 5/31/2007, (Scott, Brendan) (Entered: 05/25/2007) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/29/2007 08:24:10 | | | |
| **PACER Login:** | sa0034 | **Client Code:** | 19265-40370-19181 |
| **Description:** | Docket Report | **Search Criteria:** | 06-22306-ash Fil or Ent: filed From: 3/27/2007 To: 5/29/2007 Doc From: 0 Doc To: 99999999 Format: HTML |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |