UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE BAYOU HEDGE FUNDS INVESTMENT       :    No. 06 MDL 1755 (CM)
LITIGATION                                                :
------------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------- X
BROAD-BUSSEL FAMILY LIMITED                   :    No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET AL., Individually                :
and on Behalf of All Other Persons and Entities :
Similarly Situated,                                           :
        Plaintiffs,                                    :
                                                            :
    - against -                                         :
                                                            :
BAYOU GROUP LLC, ET AL.,                          :
        Defendants.                                   :
------------------------------------------------------------- X
BROAD-BUSSEL FAMILY LIMITED                   :    No. 07 Civ. 2026 (CM)
PARTNERSHIP, ET AL., Individually                :
and on Behalf of All Other Persons and Entities :
Similarly Situated,                                           :
        Plaintiffs,                                    :
                                                            :
    - against -                                         :
                                                            :
HENNESSEE GROUP LLC, ET AL.,                  :
        Defendants.                                   :    ELECTRONICALLY FILED
------------------------------------------------------------- X

### DECLARATION OF LANE L. VINES IN SUPPORT OF BROAD-BUSSEL PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

       I, Lane L. Vines, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information and belief, as follows:

       1.    I am an attorney duly admitted to practice *pro hac vice* before this Court. I submit this declaration in support of the Broad-Bussel Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Broad-Bussel Family Limited Partnership in support of the Broad-Bussel Plaintiffs' Motion for Class Certification.

3. Attached as Exhibit B is a true and correct copy of the Declaration of Caroline B. Glass in support of the Broad-Bussel Plaintiffs' Motion for Class Certification.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Marie-Louise Michelsohn in support of the Broad-Bussel Plaintiffs' Motion for Class Certification.

5. Attached as Exhibit D is a true and correct copy of the Declaration of Michelle Michelsohn in support of the Broad-Bussel Plaintiffs' Motion for Class Certification.

6. Attached as Exhibit E is a true and correct copy of the Declaration of Herbert Blaine Lawson, Jr. in support of the Broad-Bussel Plaintiffs' Motion for Class Certification.

7. Attached as Exhibit F is a copy of the firm biographies for Berger & Montague, P.C. and Koskoff, Koskoff & Bieder, P.C.


Dated: July 16, 2007                    /s/ Lane L. Vines
                                        Lane L. Vines


417044_02.wpd