UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
IN RE BAYOU HEDGE FUNDS INVESTMENT       :       No. 06 MDL 1755 (CM)
LITIGATION                                                      :
---------------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
---------------------------------------------------------------- X
BROAD-BUSSEL FAMILY LIMITED                     :       No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET AL., Individually                  :
and on Behalf of All Other Persons and Entities  :
Similarly Situated,                                             :
               Plaintiffs,                                    :
                                                                   :
          - against -                                         :
                                                                   :
BAYOU GROUP LLC, ET AL.,                            :
             Defendants.                                  :
---------------------------------------------------------------- X
BROAD-BUSSEL FAMILY LIMITED                     :       No. 07 Civ. 2026 (CM)
PARTNERSHIP, ET AL., Individually                  :
and on Behalf of All Other Persons and Entities  :
Similarly Situated,                                             :
               Plaintiffs,                                    :
                                                                   :
          - against -                                         :
                                                                   :
HENNESSEE GROUP LLC, ET AL.,                   :
             Defendants.                                  :       ELECTRONICALLY FILED
---------------------------------------------------------------- X

**COMPENDIUM OF DOCUMENTS IN SUPPORT OF THE BROAD-BUSSEL
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs and proposed class representatives Broad-Bussel Family Limited Partnership, *et al.* (the "Broad-Bussel Plaintiffs") respectfully submit the following documents which are referenced in their Motion for Class Certification and the accompanying Declaration of Dr. Robert R. Trout, Ph.D., CFA:

| *Exhibit* | *Document* |
|---|---|
| A | Organizational Chart of Bayou Entities (excerpted from the document |

| | |
|---|---|
| | listed in Exhibit N below); |
| B | Bayou Personnel Organizational Chart (document produced by Citibank, N.A.); |
| C | Bayou Investor Letter dated February 6, 2003 (plaintiff document); |
| D | Self-titled "confession and suicide note" allegedly authored by defendant Daniel Marino (filed as Exhibit B to Declaration of Shari Claire Lewis, Document no. 45 in Case no. 06-Civ.-3026-CM); |
| E | Plea transcript in *United States of America v. Samuel Israel, III*, No. 05-Cr.-1039-SCR-GAY (S.D.N.Y.), dated September 29, 2005; |
| F | Plea transcript in *United States of America v. Daniel E. Marino*, No. 05-Cr.-1036-CM-GAY (S.D.N.Y.), dated September 29, 2005; |
| G | Plea transcript in *United States of America v. James Marquez*, No. 06-Cr.-1138 (S.D.N.Y.), dated January 16, 2007; |
| H | Excerpts of Bayou bankruptcy proofs of claim for plaintiffs Broad-Bussel Family L.P., Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr. (filed in *In re Bayou Group, LLC, et al.*, Case No. 06-22306-ASH, Bankr., S.D.N.Y., and downloaded from the Bayou bankruptcy claims administrator's website at <<http://www.trumbullgroup.com>>); |
| I | Bayou subscription documents for plaintiffs Broad-Bussel Family L.P., Marie-Louise and Michelle Michelsohn, and Herbert Blaine Lawson, Jr. (plaintiff documents, excerpted and redacted for certain personal and |

|   |   |
|---|---|
|   | confidential information); |
| J | Excerpts of Amended and Restated Operating Agreement of Bayou Accredited Fund LLC (plaintiff document); |
| K | Excerpts of Amended and Restated Operating Agreement of Bayou Superfund LLC (plaintiff document); |
| L | Amended and Restated Operating Agreement of Bayou Fund LLC (plaintiff document); |
| M | Hennessee investment advisory agreements for plaintiffs Broad-Bussel Family L.P. and Caroline B. Glass (plaintiff documents, excerpted and redacted for certain personal and confidential information); and |
| N | Excerpts of Disclosure Statement With Respect to Joint Chapter 11 Plan of Reorganization of Bayou Group, LLC, Bayou Management, LLC, Bayou SuperFund, LLC, Bayou No Leverage Fund, LLC, Bayou Affiliates Fund, LLC, Bayou Accredited Fund, LLC, Bayou Fund, LLC, Bayou Advisors, LLC and Bayou Equities, LLC (filed by the Bayou debtors in the *In re Bayou Group, LLC, et al.,* Case No. 06-22306-ASH, Bankr., S.D.N.Y.). |

Dated: July 16, 2007
New York, NY

Respectfully Submitted,

BERGER & MONTAGUE, P.C.

 /s/ Merrill G. Davidoff
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

KOSKOFF, KOSKOFF & BIEDER, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq.
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Fax: (203) 368-3244

*Attorneys for Plaintiffs Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., the Class and the Hennessee Subclass*

416844_03.wpd