# EXHIBIT A

The following organizational chart illustrates the pre-petition structure of the Debtors and related entities.

