# EXHIBIT B

# Bayou Organization Chart



Sam Israel III
Principal
Chief Investment Officer

Burt Kozloff
Director,
Marketing & Client Relations

Trish O'Dwyer
Marketing
Coordinator

Howard Kra
Marketing/
Private Clients
Eastern Region

Jeff Burkey
Assistant

Beth Hammond
Marketing
Coordinator

Jeff Singer
Marketing/
Private Clients
Western U.S.

John Martinez
Assistant

Dan Marino
Chief Financial Officer
Chief Operating Officer

Carolyn Sherry
Comptroller

Liz Wilson
Assitant
Office Manager

Tom Atkinson
Office Manager

Italo Passante
Head Trader

Howard Brent Turner
Trader /
Economist

Dennis Lee
Trader

Paul Archinard
Trader

Matt Robinson
Trader/
Mathematician

Rob Gutheil
Trader

Andrew Chapro
Trader

CBMDL 01577