United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



----------------------------------X

In RE: Bayou Hedge Funds

NOTICE OF REASSIGNMENT

06   md.  1755 (CM)(MDF)
     05cv8532
     06cv2379
     06cv2943
     06cv3025
     06cv3026
     06cv3028
     06cv6478
     06cv6837
     06cv11328
     07cv2026

----------------------------------X

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

          JUDGE: Colleen McMahon (NYC)

   All future documents submitted in this action shall bear the assigned judge's initials after the case number.  If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

   The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                    J. Michael McMahon, CLERK

Dated: 8/3/07
                                 by: _____
                                            Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC:  Attorneys of Record

Revised: September 9, 2004

# United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
### 300 Quarropas Street, White Plains, N.Y. 10601



---------------------------------X
                                 |
                                 |
In RE: Bayou Hedge Funds         |   NOTICE OF REASSIGNMENT
                                 |
                                 |
                                 |   06   md.   1755 (CM)(MDF)
                                 |        05cv8532
                                 |        06cv2379
                                 |        06cv2943
---------------------------------X        06cv3025
                                          06cv3026
                                          06cv3028
                                          06cv6478
                                          06cv6837
                                          06cv11328
                                          07cv2026

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Colleen McMahon (NYC)

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 8/3/07

J. Michael McMahon, CLERK

by: _____
            Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: Mark D. Fox

CC:  Attorneys of Record

Revised: September 9, 2004