USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
IN RE BAYOU HEDGE FUND INVESTMENT  :  No. 06 MD 1755 (CM)
LITIGATION                          :
                                    :
---------------------------------------- x
THIS DOCUMENT RELATES TO:
---------------------------------------- x
BROAD-BUSSEL FAMILY LIMITED         :  No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET. AL., Individually  :
And on Behalf of all Other Persons and Entities :
Similarly Situated,                 :
                                    :
            Plaintiffs,             :
                                    :
    - against -                     :
                                    :
BAYOU GROUP LLC, ET. AL.,           :
            Defendants.             :
---------------------------------------- x
BROAD-BUSSEL FAMILY LIMITED         :  No. 07 Civ. 2026 (CM)
PARTNERSHIP, ET. AL., Individually  :
And on Behalf of All Other Persons and Entities :
Similarly Situated,                 :
                                    :
            Plaintiffs,             :
                                    :
    - against -                     :
                                    :
HENNESSEE GROUP LLC, ET. AL.,       :
            Defendants.             :
---------------------------------------- x

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, Lead Plaintiffs filed Motions for Class Certification on July 16, 2007;

WHEREAS, Defendants are scheduled to file responses to Lead Plaintiffs' Motions for Class Certification on August 15, 2007 and Lead Plaintiffs are scheduled to file reply papers on August 31, 2007;

stipulation re_ opp to class cert.doc

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that:

(i) Defendants shall serve responses to Lead Plaintiffs' Motions for Class Certification on or before August 31, 2007; and

(ii) Lead Plaintiffs shall serve reply papers in further support of their Motions for Class Certification on or before September 28, 2007.

Date: August ___, 2007

**BERGER & MONTAGUE, P.C.**

By: _____
Merrill Davidoff (MD 4099)
Lawrence J. Lederer, Esq. (LL 2350)
Lane Vines (LV 4383)
1622 Locust Street
Philadelphia, PA 19103-6365
Tel: 215-875-3000
Fax: 215-875-4604
Attorneys for Plaintiffs

**BRESSLER, AMERY & ROSS, P.C.**

By: _____
Lawrence E. Fenster (LF 9378)
Matthew C. Plant (MP 0328)
17 State Street, 34th Floor
New York, NY 10004
Tel: 212-425-9300
Fax: 212-425-9337
Attorneys for Defendants
Hennessee Group LLC,
Elizabeth Lee Hennessee and
Charles Gradante

**KOSKOFF, KOSKOFF & BIEDER, P.C.**

By: Neal DeYoung (signed) / permission /sw
William M. Bloss
Neal A. DeYoung
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244
Attorneys for Plaintiffs

**CARMODY & TORRANCE LLP**

By: _____
Howard K. Levine
J. Christopher Rooney
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Tel: 203-777-5501
Fax: 203-784-3199
Attorneys for Defendants
Jeffrey D. Fotta, Eqyty Research and
Management, LLC and
Eqyty Research and Management, LTD

stipulation re_ opp to class cert.doc

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that:

(i) Defendants shall serve responses to Lead Plaintiffs' Motions for Class Certification on or before August 31, 2007; and

(ii) Lead Plaintiffs shall serve reply papers in further support of their Motions for Class Certification on or before September 28, 2007.

Date: August ____, 2007

**BERGER & MONTAGUE, P.C.**

By: _____
    Merrill Davidoff (MD 4099)
    Lawrence J. Lederer, Esq. (LL 2350)
    Lane Vines (LV 4383)
    1622 Locust Street
    Philadelphia, PA 19103-6365
    Tel: 215-875-3000
    Fax: 215-875-4604
    Attorneys for Plaintiffs

**BRESSLER, AMERY & ROSS, P.C.**

By: _____
    Lawrence E. Fenster (LF 9378)
    Matthew C. Plant (MP 0328)
    17 State Street, 34th Floor
    New York, NY 10004
    Tel: 212-425-9300
    Fax: 212-425-9337
    Attorneys for Defendants
    Hennessee Group LLC,
    Elizabeth Lee Hennessee and
    Charles Gradante

**KOSKOFF, KOSKOFF & BIEDER, P.C.**

By: _____
    William M. Bloss
    Neal A. DeYoung
    350 Fairfield Avenue
    Bridgeport, CT 06604
    Tel: 203-336-4421
    Fax: 203-368-3244
    Attorneys for Plaintiffs

**CARMODY & TORRANCE LLP**

By: _____
    Howard K. Levine
    J. Christopher Rooney
    195 Church Street, 18th Floor
    P.O. Box 1950
    New Haven, CT 06509-1950
    Tel: 203-777-5501
    Fax: 203-784-3199
    Attorneys for Defendants
    Jeffrey D. Fotta, Eqyty Research and
    Management, LLC and
    Eqyty Research and Management, LTD

stipulation re_ opp to class cert.doc

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that:

(i) Defendants shall serve responses to Lead Plaintiffs' Motions for Class Certification on or before August 31, 2007; and

(ii) Lead Plaintiffs shall serve reply papers in further support of their Motions for Class Certification on or before September 28, 2007.

Date: August ___, 2007

**BERGER & MONTAGUE, P.C.**

By: _____
Merrill Davidoff (MD 4099)
Lawrence J. Lederer, Esq. (LL 2350)
Lane Vines (LV 4383)
1622 Locust Street
Philadelphia, PA 19103-6365
Tel: 215-875-3000
Fax: 215-875-4604
Attorneys for Plaintiffs

**BRESSLER, AMERY & ROSS, P.C.**

By: _____
Lawrence E. Fenster (LF 9378)
Matthew C. Plant (MP 0328)
17 State Street, 34th Floor
New York, NY 10004
Tel: 212-425-9300
Fax: 212-425-9337
Attorneys for Defendants
Hennessee Group LLC,
Elizabeth Lee Hennessee and
Charles Gradante

**KOSKOFF, KOSKOFF & BIEDER, P.C.**

By: _____
William M. Bloss
Neal A. DeYoung
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244
Attorneys for Plaintiffs

**CARMODY & TORRANCE LLP**

By: /s/ [signature]
Howard K. Levine
J. Christopher Rooney
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Tel: 203-777-5501
Fax: 203-784-3199
Attorneys for Defendants
Jeffrey D. Fotta, Eqyty Research and
Management, LLC and
Eqyty Research and Management, LTD

stipulation re_ opp to class cert.doc

By: /s/ *signature*
Bradley D. Simon, Esq.
Jeremy M. Weintraub, Esq.
Simon & Partners LLP
30 Rockefeller Plaza, 42nd Floor
New York, NY 10112
tel. 212-332-8900
fax. 212-332-8909
Attorneys for James Marquez

SO ORDERED this 15th day of August _____, 2007:

/s/ *signature*
Colleen McMahon, U.S.D.J.

stipulation re_ opp to class cert.doc