UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE BAYOU HEDGE FUNDS INVESTMENT  :        No. 06 MDL 1755 (CM)
LITIGATION                                                   :
------------------------------------------------------------ X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X
BROAD-BUSSEL FAMILY LIMITED                     :        No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET AL.,                                    :
                                   Plaintiffs,          :
                                                        :
              - against -                               :
                                                        :
BAYOU GROUP LLC, ET AL.,                         :
                                   Defendants.          :
------------------------------------------------------------ X
BROAD-BUSSEL FAMILY LIMITED                     :        No. 07 Civ. 2026 (CM)
PARTNERSHIP, ET AL.,                                    :
                                   Plaintiffs,          :
                                                        :
              - against -                               :
                                                        :
HENNESSEE GROUP LLC, ET AL.,                     :
                                   Defendants.          :        ELECTRONICALLY FILED
------------------------------------------------------------ X

### BROAD-BUSSEL PLAINTIFFS' STATUS REPORT IN ACCORD
### WITH THE COURT'S DIRECTIVE FILED JULY 8, 2008

Plaintiffs Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise

Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr. (collectively, the "Broad-

Bussel Plaintiffs") respectfully submit this status report in response to the Court's directive filed

July 8, 2008.

The Broad-Bussel Plaintiffs have reached an agreement-in-principle to settle, on an

individual (*i.e.*, non-class) basis, their claims against defendants Jeffrey Fotta, Eqyty Research

and Management LLC and Eqyty Research and Management LTD. Presently, the parties are

finalizing execution of the settlement documents. Accordingly, the Broad-Bussel Plaintiffs

anticipate dismissing their claims against those defendants in the near future. The Broad-Bussel

Plaintiffs are continuing their litigation against the remaining defendants, including Hennessee

Group LLC, Lee Hennessee and Charles Gradante (the "Hennessee Defendants"). Discovery,

pre-trial motion practice, trial and potentially post-trial proceedings remain to be done as to those

defendants. The Broad-Bussel Plaintiffs have outstanding document requests and interrogatories

to the Hennessee Defendants. Plaintiffs intend to meet and confer with the Hennessee

Defendants regarding this and other discovery issues. The Broad-Bussel Plaintiffs and the

Hennessee Defendants have also held settlement discussions, which thus far have been

unsuccessful. The Broad-Bussel Plaintiffs also reserve their rights to pursue an appeal as to the

dismissal of defendants Citibank, N.A., Faust Rabbach & Oppenheim LLP and Steven

Oppenheim.

Dated: July 15 , 2008                          Respectfully submitted,
       New York, NY


KOSKOFF, KOSKOFF & BIEDER, P.C.              BERGER & MONTAGUE, P.C.
William M. Bloss, Esq.
Neal A. DeYoung, Esq.                          /s/ Merrill G. Davidoff
350 Fairfield Avenue                         Merrill G. Davidoff, Esq.
Bridgeport, CT 06604                         Lawrence J. Lederer, Esq.
Telephone: (203) 336-4421                    Lane L. Vines, Esq.
Fax: (203) 368-3244                          1622 Locust Street
                                             Philadelphia, PA 19103
                                             Telephone: (215) 875-3000
                                             Fax: (215) 875-4604

                    *Attorneys for Broad-Bussel Plaintiffs*


438952