UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
IN RE BAYOU HEDGE FUND INVESTMENT      :    No. 06 MD 1755 (CM)
LITIGATION                              :
———————————————————————X
THIS DOCUMENT RELATES TO:
———————————————————————X
BROAD-BUSSEL FAMILY LIMITED            :    No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET. AL., Individually     :
And on Behalf of all Other Persons and Entities :
Similarly Situated,                    :
              Plaintiffs,          :
   - against -                         :
                                        :
BAYOU GROUP LLC, ET. AL.,              :
              Defendants.          :
———————————————————————X
BROAD-BUSSEL FAMILY LIMITED            :    No. 07 Civ. 2026 (CM)
PARTNERSHIP, ET. AL., Individually     :
And on Behalf of All Other Persons and Entities :
Similarly Situated,                    :
              Plaintiffs,          :
   - against -                         :
                                        :
HENNESSEE GROUP LLC, ET. AL.,          :
              Defendants.          :
———————————————————————X
DEPAUW UNIVERSITY,                     :
              Plaintiff,           :
                                        :    No.: 06-cv-03028 (CM)
   - against -                         :
                                        :
HENNESSEE GROUP LLC,                   :
CHARLES GRADANTE and                   :
E. LEE HENNESSEE,                      :
              Defendants.          :
———————————————————————X
TRAVIS CO. J.V. ROGER HILL, SR. and                  :
CHRISTOPHER HILL,                      
              Plaintiffs,          :
                                        :    7:06-CV-11328-(CM)
   - against -                         :
                                        :
HENNESSEE GROUP LLC,                   :
ELIZABETH LEE HENNESSEE                :    **Electronically Filed**
and CHARLES GRADANTE                   :
              Defendants.          :
———————————————————————X

## STATUS REPORT OF HENNESSEE GROUP LLC, CHARLES GRADANTE AND ELIZABETH LEE HENNESSEE

Defendants Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee (the "Hennessee Members") respectfully submit their written status report for open cases under MDL Case No. 06 MD 1755, in accordance with the Court's Order, dated July 8, 2008.

**Broad Bussel Family Limited Partnership v. Bayou Group, LLC**, et al, Case No. 1:06-cv-03026-cm; **Broad Bussel Family Limited Partnership v. Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee**, Case No. 1:06-cv-02026-cm

**Status:** On January 24, 2008, the Court denied Plaintiffs' motion to certify the class action against the sub-class comprised of the Hennessee Members. Since that time, Plaintiffs have not further prosecuted their claims against the Hennessee Members. Prior to the denial of Plaintiffs' motion for class certification, the Hennessee Members produced limited documentation to Plaintiffs and interposed objections to producing documents outside the parameters of class certification. The Hennessee Members have not propounded discovery on Plaintiffs. The parties intend to meet and confer to discuss discovery and the advancement of the case.

**DePauw University v. Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee**, Case No. 1:06-cv-03028-cm

**Status:** This case is presently stayed before the Court and the parties have been directed to arbitration. The arbitration remains unresolved as of this date.

918018_1

**Travis County J.V., Roger Hill, Sr. and Christopher Hill v. Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee**, Case No. 1:06-cv-11328-cm

**Status:** This case was stayed pending arbitration. The arbitration has been resolved and opposing counsel has been advised by the undersigned that he should immediately file a dismissal with prejudice of the action now pending in this Court.

Dated: July 16, 2008

                                            Respectfully submitted,

                                            By: _____/S/_____
                                            Bennett Falk (BF 5539)
                                            Matthew E. Wolper (MW 8835)
                                            Matthew C. Plant (MP 0328)
                                            BRESSLER, AMERY & ROSS
                                            17 State Street, 34th Floor
                                            New York, New York  10004
                                            P: (212) 425-9300
                                            F: (212) 425-9337
                                            bfalk@bressler.com
                                            Attorney for Defendants
                                            Hennessee Group, LLC, Elizabeth Lee
                                            Hennessee and Charles Gradante

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                    /S/
                                       Matthew C. Plant (MP 0328)