UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN RE BAYOU HEDGE FUND INVESTMENT    : MDL No. 1755 (CM)
LITIGATION                                                     :
                                                               :
-------------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
-------------------------------------------------------------- X
                                                               :
BROAD-BUSSEL FAMILY LIMITED                  : No. 06 Civ. 3026 (CM)
PARTNERSHIP, MARIE LOUISE,                     :
MICHELSOHN, MICHELLE MICHELSOHN, and :
HERBERT BLAINE LAWSON, JR., Individually  : **ELECTRONICALLY FILED**
and on Behalf of All Other Persons and Entities :
Similarly Situated,                                            :
                                                               :
                              Plaintiffs,                      :
                                                               :
            - against -                                        :
                                                               :
BAYOU GROUP LLC, et al.,                            :
                                                               :
                              Defendants.                   :
                                                               :
-------------------------------------------------------------- X

## STATUS REPORT OF DEFENDANT CITIBANK

Defendant Citibank, N.A. ("Citibank"), pursuant to the Court's order dated July 8, 2008, provides the following status report on the claims previously asserted against Citibank.

The claims that were previously asserted against Citibank have all been resolved. In a Memorandum Decision and Order dated September 6, 2006, the claims asserted against Citibank were dismissed. In a Memorandum Order dated February 11, 2008, the Court noted that the September 6, 2006 dismissal as to Citibank was "with prejudice." (2/11/08 Mem. Order at 3). As a result, nothing remains to be done before the Court with respect to the claims asserted against Citibank. As plaintiffs have pointed out in their status report, plaintiffs could choose to appeal that ruling. (Doc. 159, p. 2).

Respectfully submitted,

Dated: July 16, 2008                    SIDLEY AUSTIN LLP

By: /s/ Mark B. Blocker
   Benjamin R. Nagin (BN 0539)
   Catherine B. Winter (CW 3053)
   787 Seventh Avenue
   New York, New York 10019
   (212) 839-5300
   (212) 839-5599 (fax)

   Mark B. Blocker
   (admitted *pro hac vice*)
   Sidley Austin LLP
   One South Dearborn Street
   Chicago, Illinois 60603
   (312) 853-7000
   (312) 853-7036 (fax)

   John K. Van De Weert
   (admitted *pro hac vice*)
   Sidley Austin LLP
   1501 K Street, N.W.
   Washington, D.C. 20005
   (202) 736-8000
   (202) 736-8711 (fax)

*Counsel for Defendant Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008, a copy of the foregoing Status Report of Defendant Citibank was filed electronically and served by U.S. mail, first class postage prepaid, on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                          /s/ Mark B. Blocker
                                                          Mark B. Blocker