UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE BAYOU HEDGE FUNDS INVESTMENT    :    No. 06 MDL 1755 (CM)
LITIGATION                             :
                                       :
------------------------------------------------------------ X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X
BROAD-BUSSEL FAMILY LIMITED            :    No. 06 Civ. 3026 (CM)
PARTNERSHIP, ET AL.,                   :
                    Plaintiffs,        :
                                       :
                                       :
        - against -                    :
                                       :
                                       :
BAYOU GROUP LLC, ET AL.,               :
                    Defendants.        :    ELECTRONICALLY FILED
------------------------------------------------------------ X

## STIPULATION OF DISMISSAL AS TO
## THE FOTTA/EQYTY DEFENDANTS

PLEASE TAKE NOTICE that plaintiffs Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr. (collectively, the "Plaintiffs" or the "Broad-Bussel Plaintiffs") and defendants Jeffrey Fotta, Eqyty Research and Management, LLC and Eqyty Research and Management, LTD (the "Fotta/Eqyty Defendants"), having settled the above-captioned matter, hereby stipulate to the voluntary dismissal with prejudice of this action as to, and only as to, the Fotta/Eqyty Defendants and no other defendant party. The above parties agree that each party will bear its own attorneys' fees and costs.

Dated: August  1 , 2008                                    Respectfully submitted,


                                                           BERGER & MONTAGUE, P.C.


                                                            /s/ Merrill G. Davidoff
                                                           Merrill G. Davidoff, Esq.
                                                           Lawrence J. Lederer, Esq.
                                                           Lane L. Vines, Esq.
                                                           1622 Locust Street
                                                           Philadelphia, PA  19103-6305
                                                           Telephone:  (215) 875-3000
                                                           Fax:  (215) 875-4604


                                                           KOSKOFF, KOSKOFF & BIEDER, P.C.


                                                            /s/ Neal A. DeYoung
                                                           William M. Bloss, Esq.
                                                           Neal A. DeYoung, Esq.
                                                           350 Fairfield Avenue
                                                           Bridgeport, CT  06604
                                                           Telephone:  (203) 336-4421
                                                           Fax:  (203) 368-3244

                                                           *Counsel for Broad-Bussel Plaintiffs*


                                                           CARMODY & TORRANCE LLP


                                                            /s/ Howard K. Levine
                                                           J. Christopher Rooney
                                                           Howard K. Levine
                                                           195 Church Street
                                                           P.O. Box 1950
                                                           New Haven, CT  06509-1950
                                                           Telephone:  (203) 777-5501
                                                           Fax:  (203) 784-3199

                                                           *Counsel for Fotta/Eqyty Defendants*

## CERTIFICATE OF SERVICE

      I, Lane L. Vines, hereby certify that I caused today the foregoing Stipulation of Dismissal as to the Fotta/Eqyty Defendants to be electronically filed with the Clerk of Court by using the ECF System.  The foregoing filing will be served on counsel electronically through the Court's ECF System, and by U.S. First Class mail or electronic mail on any counsel that has not signed up for electronic service.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  August _1_, 2008                      /s/ Lane L. Vines
                                                                Lane L. Vines

439477